B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Morawski, Michael A.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5050** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**927 Acorn Drive**<br>**Sleepy Hollow, IL**<br><div align=right>ZIP Code<br>**60118**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **Commercial Recovery Associates -Mr. Robert Handler        205 W.**<br>**Wacker Drive, Suite 1818**<br>**Chicago, IL 60606** |
|---|---|

**Type of Debtor**
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                          Page 2

| # Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Morawski, Michael A.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **Norther Illinois** | Case Number: | Date Filed: **8/15/85** |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Frank H. Constant** | Case Number: **11-25512** | Date Filed: **6/17/11** |
|---|---|---|
| District: **Northern Illinois** | Relationship: **Ex Partner** | Judge: **Manuel Barbosa** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Morawski, Michael A.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael A. Morawski**
Signature of Debtor  **Michael A. Morawski**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**December  9, 2011**
Date

**Signature of Attorney***

X **/s/ Bryan R. Bagdady**
Signature of Attorney for Debtor(s)

**Bryan R. Bagdady 6184235**
Printed Name of Attorney for Debtor(s)

**Bryan R. Bagdady, P.C.**
Firm Name

**1834 Walden Office Square
Suite 500
Schaumburg, IL 60173**

Address

**Email: bbagdady@comcast.net**
**(630) 778-9600**
Telephone Number

**December  9, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Michael A. Morawski__          Case No. _____

Debtor(s)      Chapter   __7__ _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Michael A. Morawski**
                             **Michael A. Morawski**

Date:   **December  9, 2011**

Certificate Number: 14439-ILN-CC-016418629



14439-ILN-CC-016418629

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 25, 2011</u>, at <u>10:31</u> o'clock <u>AM CDT</u>, <u>Michael A Morawski</u> received from <u>National Financial Literacy Foundation, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>October 25, 2011</u>          By:      <u>/s/Donna J Schumacher</u>

Name:   <u>Donna J Schumacher</u>

Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael A. Morawski**                                                              ,        Case No. _____

                                                                     Debtor

                                                                              Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 20,000.00 | | |
| B - Personal Property | Yes | 5 | 21,466.85 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 7 | | 27,247,044.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 1,800.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 63 | | 2,597,944.59 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 36 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 3,000.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,733.00 |
| Total Number of Sheets of ALL Schedules | | 119 | | | |
| | | Total Assets | 41,466.85 | | |
| | | | Total Liabilities | 29,846,788.59 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael A. Morawski**                                        ,        Case No. _____
                                              Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Michael A. Morawski**                                           ,          Case No. _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **California Timeshare - timeshare fees in default and property to be surrendered or released to foreclosure** | | **J** | **20,000.00** | **45,000.00** |

|  | Sub-Total > | **20,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **20,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Michael A. Morawski**                                    Case No. _____
                                               ,
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | $50 | J | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth Third Bank household acct used to pay monthly bills** | J | 500.00 |
| | | **Fifth Third Bank - J&M Morawski Inc.**<br>**Old acct previously used for real estate sales.**<br>**sub S corporate account** | H | 200.00 |
| | | **Barrington Bank & Trust**<br>**201 S. Hough Street**<br>**Barrington, IL 60010** | J | 105.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **laptop computer** | J | 300.00 |
| | | **Furniture: Household** | J | 1,500.00 |
| | | **Appliances: Houshold** | J | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | | **man's watch** | H | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Insurance: Term**<br>**Location: Prudential**<br>**Beneficiary of Term Policy is Wife**<br>**Face value is $250,000; cash value is zero.** | W | 0.00 |

Sub-Total >        **3,255.00**
(Total of this page)

__4__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Michael A. Morawski**                                                          ,   Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **Michael Morawski as Trustee Michael A. Morawski Living Trust Bright Directions Education Account Acct No. 505026562 Beneficiary is Emma Morawski** | - | **7,045.01** |
| | | **Michael Morawski as Trustee Michael A. Morawski Living Trust Bright Directions Education Account Acct No. 505088851** | - | **7,066.84** |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **AMERICAN FUNDS CB&T CUST IRA/SEP MICHAEL MORAWSKI ACCT NO. 84242966** | - | **900.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Structured Equities Funds, LLC 800 E. Northwest Highway Suite 200 Palatine, IL. 60074** | H | **Unknown** |
| | | **Debtor is the sole member and manager of the LLC.** | | |
| | | **Debtor was in the process of completing an assignment to Commercial Recovery Associates, Mr. Robert Handler, for the benefit of creditors. Such assignment was not consummated prior to the filing of this bankruptcy proceeding. The LLC has three classes of assets: It has a bank account; it holds 2 parcels of real estate (a condo and a partially rehabbed home in Indianapolis); and it holds accounts receivable (including a $50,000 deposit paid to a contractor who did not perform work and only returned $5,000 of the deposit). Mr. Handler has records in anticipation of the assignment and can provide greater detail and records on these assets.** | | |
| | | **It is believed that there are substantial claims against the LLC in an amount exceeding $1,000,000. It is not believed that the assets are sufficient to pay claims.** | | |

Sub-Total >      **15,011.85**
(Total of this page)

Sheet   __1__   of   __4__   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael A. Morawski**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Structured Equities, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL. 60074**<br><br>**Debtor was the sole member and manager of the LLC**<br><br>**This was a management company for Structured Equities Funds, LLC and has no assets.** | **H** | **0.00** |
| | | **Michael Franks, LLC**<br>**c/o Mr. Robert Handler**<br>**Commercial Recovery Associates**<br>**205 W. Wacker Drive**<br>**Suite 1818**<br>**Chicago, IL 60606**<br><br>**Commercial Recovery Associates took an assignment for the benefit of creditors in November 2010.  Debtor does not know exact nature of assets or liabilities of this LLC.** | **H** | **Unknown** |
| | | **Assurance Property Management, Inc.**<br>**c/o Mr. Robert Handler**<br>**Commercial Recovery Associates**<br>**205 W. Wacker Drive**<br>**Suite 1818**<br>**Chicago, IL 60606**<br><br>**Commercial Recovery Associates took an assignment of this entity for the benefit of creditors in November 2010.  This entity previousy acted as a management company for Michael Franks, LLC which acted as an investment vehicle to acquire real property.** | **H** | **Unknown** |
| 14.  Interests in partnerships or joint ventures. Itemize. | **X** | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | **X** | | | |
| 16.  Accounts receivable. | | **Illinois Real Estate Partners - holding commission check under threat of third party citation proceedings.** | **H** | **3,200.00** |

Sub-Total >         **3,200.00**
(Total of this page)

Sheet   **2**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Michael A. Morawski**
_____ ,   Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                           Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael A. Morawski**                                         ,          Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Total >          **21,466.85**

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Michael A. Morawski**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Fifth Third Bank household acct used to pay monthly bills** | **735 ILCS 5/12-1001(b)** | **100.00** | **500.00** |
| **Fifth Third Bank - J&M Morawski Inc. Old acct previously used for real estate sales. sub S corporate account** | **735 ILCS 5/12-1001(b)** | **0.00** | **200.00** |
| **Barrington Bank & Trust 201 S. Hough Street Barrington, IL 60010** | **735 ILCS 5/12-1001(b)** | **105.00** | **105.00** |
| **Household Goods and Furnishings** | | | |
| **laptop computer** | **735 ILCS 5/12-1001(b)** | **600.00** | **300.00** |
| **Furniture: Household** | **735 ILCS 5/12-1001(b)** | **2,300.00** | **3,000.00** |
| **Appliances: Houshold** | **735 ILCS 5/12-1001(b)** | **0.00** | **1,000.00** |
| **Furs and Jewelry** | | | |
| **man's watch** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Interests in an Education IRA or under a Qualified State Tuition Plan** | | | |
| **Michael Morawski as Trustee Michael A. Morawski Living Trust Bright Directions Education Account Acct No. 505026562 Beneficiary is Emma Morawski** | **735 ILCS 5/12-1001(j)** | **7,045.01** | **7,045.01** |
| **Michael Morawski as Trustee Michael A. Morawski Living Trust Bright Directions Education Account Acct No. 505088851** | **735 ILCS 5/12-1001(j)** | **7,066.84** | **7,066.84** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **AMERICAN FUNDS CB&T CUST IRA/SEP MICHAEL MORAWSKI ACCT NO. 84242966** | **735 ILCS 5/12-704** | **900.00** | **900.00** |
| **Accounts Receivable** | | | |
| **Illinois Real Estate Partners - holding commission check under threat of third party citation proceedings.** | **735 ILCS 5/12-1001(b)** | **0.00** | **3,200.00** |
| | | Total: **18,216.85** | **23,416.85** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Michael A. Morawski**                                                     Case No. _____
                                        ,
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx xammy**<br><br>**American Home Mortgage Co.**<br>**8535 Cedar Street**<br>**Dallas, TX 75266-0029** | | - | **Mortgage**<br>**402 Tammy.**<br>**Property assigned to Receiver.**<br>**Property Assigned to**<br>**Commercial Recovery Associates**<br>**205 West Wacker Drive**<br>**Suite 1818**<br>**Chicago, IL. 60606** | | | | | |
| | | | Value $                        **Unknown** | | | | **125,000.00** | **Unknown** |
| Account No. **Westernview**<br><br>**Anchor Companies**<br>**8 East Long Street**<br>**3rd Floor**<br>**Columbus, OH 43215** | X | - | **mortgage**<br>**westernview.  Property assigned to Receiver.**<br>**Property Assigned to**<br>**Commercial Recovery Associates**<br>**205 West Wacker Drive**<br>**Suite 1818**<br>**Chicago, IL. 60606** | | | | | |
| | | | Value $                        **Unknown** | | | | **3,700,000.00** | **Unknown** |
| Account No. **JBS, J2, MF**<br><br>**BAC Home Loans Servicing, LP**<br>**PO BOX 650070**<br>**Dallas, TX 75265-0070** | X | - | **mortgage**<br>**jbs, j2, mf alternative.**<br>**Property assigned to Receiver.**<br>**Property Assigned to**<br>**Commercial Recovery Associates**<br>**205 West Wacker Drive**<br>**Suite 1818**<br>**Chicago, IL. 60606** | | | | | |
| | | | Value $                        **Unknown** | | | | **125,000.00** | **Unknown** |
| Account No. **xxxxx4625**<br><br>**Bank Of America, N.a.**<br>**450 American St**<br>**Simi Valley, CA 93065** | | - | **Opened  5/01/07  Last Active  8/10/11**<br>**Mortgage, 3700 Holley Lane, Rolling Meadows IL (inv property)**<br>**Property Assigned to**<br>**Commercial Recovery Associates**<br>**205 West Wacker Drive**<br>**Suite 1818**<br>**Chicago, IL. 60606** | | | | | |
| | | | Value $                        **Unknown** | | | | **197,948.00** | **Unknown** |

___**6**___ continuation sheets attached

Subtotal
(Total of this page)    **4,147,948.00**    **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re   **Michael A. Morawski**
_____,     Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxx6449 <br><br> **Bank Of America, N.a.** <br> **450 American St** <br> **Simi Valley, CA 93065** | - | | **Opened  6/01/07  Last Active 11/04/10** <br> **ConventionalRealEstateMortgage** <br> **Property Held by Receiver** <br> **Commercial Recovery Associates** <br> **205 West Wacker Drive** <br> **Suite 1818** <br> **Chicago, IL. 60606** | | | | | |
| | | | Value $         **Unknown** | | | | 125,297.00 | **Unknown** |
| Account No. xxxxx6381 <br><br> **Bank Of America, N.a.** <br> **450 American St** <br> **Simi Valley, CA 93065** | - | | **Opened  6/01/07  Last Active 11/04/10** <br> **ConventionalRealEstateMortgage** <br> **Property Assigned to Receiver** <br> **Commercial Recovery Associates** <br> **205 West Wacker Drive** <br> **Suite 1818** <br> **Chicago, IL. 60606** | | | | | |
| | | | Value $         **Unknown** | | | | 125,297.00 | **Unknown** |
| Account No. xxxxx4167 <br><br> **Bank Of America, N.a.** <br> **450 American St** <br> **Simi Valley, CA 93065** | - | | **Opened 12/01/06  Last Active 12/13/10** <br> **ConventionalRealEstateMortgage** <br> **Property assigned to Receiver** <br> **Commercial Recovery Associates** <br> **205 West Wacker Drive** <br> **Suite 1818** <br> **Chicago, IL. 60606** | | | | | |
| | | | Value $         **Unknown** | | | | 124,755.00 | **Unknown** |
| Account No. xxxxx1402 <br><br> **Bank Of America, N.a.** <br> **450 American St** <br> **Simi Valley, CA 93065** | - | | **Opened  1/01/07  Last Active 12/13/10** <br> **Mortgage Huntsville Alabama.   Property** <br> **assigned to Receiver.** <br> **Property Assigned to** <br> **Commercial Recovery Associates** <br> **205 West Wacker Drive** <br> **Suite 1818** <br> **Chicago, IL. 60606** | | | | | |
| | | | Value $         **Unknown** | | | | 124,650.00 | **Unknown** |
| Account No. xxxxx5527 <br><br> **Bank Of America, N.a.** <br> **450 American St** <br> **Simi Valley, CA 93065** | - | | **Opened 1/29/07  Last Active  3/14/11** <br> **ConventionalRealEstateMortgage** <br> **Property assigned to Receiver.** <br> **Property Assigned to** <br> **Commercial Recovery Associates** <br> **205 West Wacker Drive** <br> **Suite 1818** <br> **Chicago, IL. 60606** | | | | | |
| | | | Value $         **Unknown** | | | | 0.00 | **Unknown** |

Sheet __1__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 499,999.00 | 0.00 |

**B6D (Official Form 6D) (12/07) - Cont.**

In re  **Michael A. Morawski**                                             ,      Case No. _____

                                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2479** <br><br> **Bank Of America, N.a.** <br> **450 American St** <br> **Simi Valley, CA 93065** | - | | Opened  2/28/07  Last Active  3/14/11 <br> **ConventionalRealEstateMortgage** <br> **Property assigned to Receiver.** <br> **Property Assigned to** <br> **Commercial Recovery Associates** <br> **205 West Wacker Drive** <br> **Suite 1818** <br> **Chicago, IL. 60606** <br> Value $         **Unknown** | | | | **125,000.00** | **Unknown** |
| Account No. **xxxxx2306** <br><br> **Bayview Financial Loan** <br> **Bankruptcy Dept** <br> **4425 Ponce De Leon Blvd  5th Fl** <br> **Miami, FL 33146** | | | Opened  8/01/07  Last Active  7/12/11 <br> **CommercialMortgage** <br> **Property assigned to Receiver.** <br> **Property Assigned to** <br> **Commercial Recovery Associates** <br> **205 West Wacker Drive** <br> **Suite 1818** <br> **Chicago, IL. 60606** <br> Value $         **Unknown** | | | | **1,703,035.00** | **Unknown** |
| Account No. **xxxxxxxxx1315** <br><br> **Chase** <br> **9451 Corbin Avenue** <br> **Northridge, CA 91328** | - | | Opened  7/09/07  Last Active  7/12/10 <br><br> **ConventionalRealEstateMortgage** <br><br><br> Value $         **Unknown** | | | | **0.00** | **0.00** |
| Account No. **xxxxxxxxx1122** <br><br> **Chase** <br> **9451 Corbin Avenue** <br> **Northridge, CA 91328** | - | | Opened  4/25/07  Last Active  7/12/10 <br> **ConventionalRealEstateMortgage** <br> **Property assigned to Receiver.** <br> **Property Assigned to** <br> **Commercial Recovery Associates** <br> **205 West Wacker Drive** <br> **Suite 1818** <br> **Chicago, IL. 60606** <br> Value $         **Unknown** | | | | **0.00** | **Unknown** |
| Account No. **J3** <br><br> **Chase** <br> **PO Box 9001123** <br> **Louisville, KY 40290-1123** | | | **mortgage** <br> **J3** <br> **Property assigned to Receiver.** <br> **Property Assigned to** <br> **Commercial Recovery Associates** <br> **205 West Wacker Drive** <br> **Suite 1818** <br> **Chicago, IL. 60606** <br> Value $         **Unknown** | | | | **125,000.00** | **Unknown** |

Sheet   **2**   of   **6**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **1,953,035.00** | **0.00** |

**B6D (Official Form 6D) (12/07) - Cont.**

In re   **Michael A. Morawski**                                            ,      Case No. _____

                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9599** <br><br> **Citimortgage Inc** <br> **Po Box 9438** <br> **Gaithersburg, MD 20898** | | - | **Opened  2/01/07  Last Active  6/01/07** <br> **ConventionalRealEstateMortgage** <br> **Property assigned to Receiver.** <br> **Property Assigned to** <br> **Commercial Recovery Associates** <br> **205 West Wacker Drive** <br> **Suite 1818** <br> **Chicago, IL. 60606** | | | | | |
| | | | Value $            **Unknown** | | | | **125,000.00** | **Unknown** |
| Account No. **The Lodges** <br><br> **Craig Tanaguchi** <br> **c/o Doevlet Family Trust** <br> **2150 Hathaway Ave** <br> **Westlake Village, CA 91362** | X | - | **Second Mortgage** <br> **Note with Devolot Family Trust.** <br> **Property assigned to Receiver.** <br> **Commercial Recovery Associates** <br> **205 West Wacker Drive** <br> **Suite 1818** <br> **Chicago, IL. 60606** | | | | | |
| | | | Value $            **Unknown** | | | | **500,000.00** | **Unknown** |
| Account No. **xxxx3470** <br><br> **Evabank** <br> **1710 Cherokee Ave SW** <br> **Cullman, AL 35055** | | - | **Opened  6/01/07  Last Active  7/12/10** <br> **Mortgage** <br> **RealEstateMortgage.  J3, J4** <br> **Property assigned to Receiver.** <br> **Commercial Recovery Associates** <br> **205 West Wacker Drive** <br> **Suite 1818** <br> **Chicago, IL. 60606** | | | | | |
| | | | Value $            **Unknown** | | | | **117,921.00** | **Unknown** |
| Account No. **Crystal Glen** <br><br> **Greystone Bank** <br> **4700 Fallso of Neuse Road** <br> **Raliegh, NC** | | - | **mortgage** <br> **Crystal Glen** <br> **Property assigned to Receiver.** <br> **Property Assigned to** <br> **Commercial Recovery Associates** <br> **205 West Wacker Drive** <br> **Suite 1818** <br> **Chicago, IL. 60606** | | | | | |
| | | | Value $            **Unknown** | | | | **2,700,000.00** | **Unknown** |
| Account No. **xxxxx0406** <br><br> **Inland Bank** <br> **2805 Butterfield** <br> **Oak Brook, IL 60523** | | - | **Opened  4/28/06  Last Active  6/16/10** <br> **RealEstate - 211 Mayfield** <br> **Streamwood, IL** <br> **Property Held by Receiver** <br> **Commercial Recovery Associates** <br> **205 West Wacker Drive, Suite 1818** <br> **Chicago, IL. 60606** | | | | | |
| | | | Value $            **Unknown** | | | | **137,285.00** | **Unknown** |

Sheet __3__ of __6__ continuation sheets attached to                  Subtotal                    **3,580,206.00**          **0.00**
Schedule of Creditors Holding Secured Claims                    (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re   **Michael A. Morawski**                                                    ,     Case No. _____
                                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Jethro** <br><br> **Inland Bank** <br> **2225 South Wolf Rd** <br> **Hillside, IL 60162** | | - | mortgage <br> Jethro <br> Property assigned to Receiver. <br> Property Assigned to <br> Commercial Recovery Associates <br> 205 West Wacker Drive <br> Suite 1818 <br> Chicago, IL. 60606 | | | | | |
| | | | Value $                Unknown | | | | 585,000.00 | Unknown |
| Account No. **xxxxxx x. xxxxwski; xxxxxx2964** <br><br> **Inland Condo Investors Loan Corp** <br> **2901 Butterfield Road** <br> **Oak Brook, IL 60523** | X | - | suit filed in 2010 <br><br> Judgment Lien <br><br> Judgment dated March 3 2011 | | | | | |
| | | | Value $                Unknown | | | | 35,856.00 | Unknown |
| Account No. **timeshare** <br><br> **Marriott** <br> **PO Box 8038** <br> **Lakeland, FL 33802** | X | J | 08/10/2010 <br><br> Other <br><br> California Timeshare - timeshare fees in default and property to be surrendered or released to foreclosure | | | | | |
| | | | Value $                20,000.00 | | | | 45,000.00 | 25,000.00 |
| Account No. **Towne Terrace, Eagle Watch** <br><br> **Midland Loan Services, Inc** <br> **PO Box 642303** <br> **Pittsburgh, PA 15264-2303** | | - | mortgage <br> Towne Terrance, Eagle Watch <br> Property assigned to Receiver. <br> Property Assigned to <br> Commercial Recovery Associates <br> 205 West Wacker Drive <br> Suite 1818 <br> Chicago, IL. 60606 | | | | | |
| | | | Value $                Unknown | | | | 1,400,000.00 | Unknown |
| Account No. **Lodges of Decatur, Sequoia Ben** <br><br> **Midland Loan Services, Inc.** <br> **1223 Solutions Ctr** <br> **Chicago, IL 60677** | | - | mortgage <br> Lodges of Decatur, Sequoia Bend <br> Property assigned to Receiver. <br> Property Assigned to <br> Commercial Recovery Associates <br> 205 West Wacker Drive <br> Suite 1818 <br> Chicago, IL. 60606 | | | | | |
| | | | Value $                Unknown | | | | 2,500,000.00 | Unknown |

Sheet __4__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

|  | |
|---|---|
| 4,565,856.00 | 25,000.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Michael A. Morawski**                                          ,        Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Westernview**<br><br>**North American Savings Bank**<br>**PO Box 808002**<br>**Kansas City, MO 64180-8002** | X | - | mortgage<br>**Westernview.**<br>**Property assigned to Receiver.**<br>**Property Assigned to**<br>**Commercial Recovery Associates**<br>**205 West Wacker Drive**<br>**Suite 1818**<br>**Chicago, IL. 60606** | | | | | |
| | | | Value $          **Unknown** | | | | **3,700,000.00** | **Unknown** |
| Account No. **xxxx & xxxxxxster**<br><br>**Parkway Bank & Trust**<br>**4800 N. Harlem Ave**<br>**Harwood Heights, IL 60706** | X | - | mortgage<br>**68th & Dorchester**<br>**Property assigned to Receiver.**<br>**Property Assigned to**<br>**Commercial Recovery Associates**<br>**205 West Wacker Drive**<br>**Suite 1818**<br>**Chicago, IL. 60606** | | | | | |
| | | | Value $          **Unknown** | | | | **1,300,000.00** | **Unknown** |
| Account No. **xxxxxxx0606**<br><br>**Taylor, Bean & Whitake**<br>**Attn: Bankruptcy**<br>**1417 N Magnolia Ave**<br>**Ocala, FL 34475** | | - | **Opened  6/05/06  Last Active 12/11/06**<br>**Real Estate TypeUnknown**<br>**Property assigned to Receiver.**<br>**Property Assigned to**<br>**Commercial Recovery Associates**<br>**205 West Wacker Drive**<br>**Suite 1818**<br>**Chicago, IL. 60606** | | | | | |
| | | | Value $          **Unknown** | | | | **0.00** | **Unknown** |
| Account No. **Southern Manor**<br><br>**The Huntington Nat'l Bank**<br>**105 D Fourth Street**<br>**#200A**<br>**Cincinnati, OH 45202** | | - | mortgage<br>**Southern Manor**<br>**Property assigned to Receiver.**<br>**Property Assigned to**<br>**Commercial Recovery Associates**<br>**205 West Wacker Drive**<br>**Suite 1818**<br>**Chicago, IL. 60606** | | | | | |
| | | | Value $          **Unknown** | | | | **3,000,000.00** | **Unknown** |
| Account No. **The Lodges**<br><br>**The Lawrence J. & Phyllis Deovlet**<br>**Family Trust** | X | - | mortgage<br>**The Lodges**<br>**Property assigned to Receiver.**<br>**Property Assigned to**<br>**Commercial Recovery Associates**<br>**205 West Wacker Drive**<br>**Suite 1818**<br>**Chicago, IL. 60606** | | | | | |
| | | | Value $          **Unknown** | | | | **500,000.00** | **Unknown** |

Sheet __5__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**8,500,000.00**                **0.00**

12/09/11  4:31PM

B6D (Official Form 6D) (12/07) - Cont.

In re  **Michael A. Morawski**                                                    ,        Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxxxxx2210** | | | | Opened  8/03/07  Last Active  6/15/10 ConventionalRealEstateMortgage Property assigned to Receiver. Property Assigned to Commercial Recovery Associates 205 West Wacker Drive Suite 1818 Chicago, IL. 60606 | | | | | |
| **Us Bank Home Mortgage 777 E Wisconsin Milwaukee, WI 53202** | | | - | | | | | | |
| | | | | Value $             **Unknown** | | | | **0.00** | **Unknown** |
| Account No. **Eagle Watch** | | | | mortgage Eagle Watch Property assigned to Receiver. Property Assigned to Commercial Recovery Associates 205 West Wacker Drive Suite 1818 Chicago, IL. 60606 | | | | | |
| **Wachovia Securities PO BOX 60523 Charlotte, NC 28260-0253** | | X | - | | | | | | |
| | | | | Value $             **Unknown** | | | | **2,000,000.00** | **Unknown** |
| Account No. **Eagle Watch** | | | | mortgage Eagle Watch. Property assigned to Receiver. Property Assigned to Commercial Recovery Associates 205 West Wacker Drive Suite 1818 Chicago, IL. 60606 | | | | | |
| **Wells Fargo Wholesale Lockbox Commercial Mortg Service PO Box 60253 Charlotte, NC 28260-0253** | | X | - | | | | | | |
| | | | | Value $             **Unknown** | | | | **2,000,000.00** | **Unknown** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet **6** of **6** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **4,000,000.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **27,247,044.00** | **25,000.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                          Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re    **Michael A. Morawski**                                              Case No. _____
                                                                    ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Michael A. Morawski**                                                                         ,        Case No. _____

                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mary D. Morawski**<br>**373 Cedar Tree Court**<br>**Hoffman Estates, IL** | | H | **support obligation entered in divorce proceedings** | | | | **1,800.00** | **0.00**<br><br>**1,800.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | **0.00** | |
| | | **1,800.00** | **1,800.00** |
| | Total (Report on Summary of Schedules) | **0.00** | |
| | | **1,800.00** | **1,800.00** |

B6F (Official Form 6F) (12/07)

In re    **Michael A. Morawski**                                                                    Case No. _____
                                                              ,
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **x.x0E+11** <br><br> **Access Capital Credit** <br> **338 W Lexington Ave Ste** <br> **El Cajon, CA 92020** | | - | | | **Opened  8/01/07** <br> **CollectionAttorney Drugstores-Online.Com** | | | | **124.00** |
| Account No. <br><br> **Adam Rich** <br> **PO Box 469** <br> **Seward, NE 68434** | X | | | | **unknown** <br> **corp real estate** | X | X | X | **Unknown** |
| Account No. <br><br> **Alan Maxon** <br> **19042 Tanglewood Lane** <br> **Huntington Beach, CA 92647** | X | | | | **unknown** <br> **corp real estate** | X | X | X | **Unknown** |
| Account No. <br><br> **Alan Wolan** <br> **1458 Lorilyn Lane** <br> **Northbrook, IL 60062** | X | | | | **unknown** <br> **corp real estate** | X | X | X | **Unknown** |

__62__ continuation sheets attached

Subtotal
(Total of this page)                                                                                    **124.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    S/N:45203-111130    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                                       Case No. _____
                                                 ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
| Account No. | | | | unknown corp real estate- investors in Towne Terrace and Alternative Fund II. current or exact debt not known | | | | |
| Alexander and Galina Gorokhovsky 878 Swan Lane Deerfield, IL 60015 | X | | | | X | X | X | |
| | | | | | | | | 40,375.00 |
| Account No. **2011 L 5912** | | | | suit filed June 7 2011 corp real estate transaction.  Count for fraud filed against debtor by A. Koy in Cook County | | | | |
| Alison Koy 8855 N. Lamon Ave. Skokie, IL 60077 | X | | | | X | X | X | |
| | | | | | | | | 175,884.00 |
| Account No. | | | | unknown corp real estate | | | | |
| Andrea Reid 601 Pennsylvania Ave. NW, #1208 Washington, DC 20004 | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Andrew Paulson 5058 N Kimball Unit 2 Chicago, IL 60625 | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2010 Investor in Structure Equities Fund, LLC. See Creditor List August 2011 | | | | |
| Andrew Paulson 5058 N. Kimball Unit 2 Chicago, IL 60625 | - | | | | | X | | |
| | | | | | | | | 50,000.00 |

| | | |
|---|---|---|
| Sheet no. _**1**___ of _**62**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 266,259.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                           ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Andrew Vass**<br>**2876 Crabtree Lane**<br>**Northbrook, IL 60062** | X | | unknown<br>corp real estate | X | X | X | Unknown |
| Account No.<br><br>**Andy Wong**<br>**1969 Scott Lane**<br>**Los Altos, CA 94024** | X | | unknown<br>corp real estate | X | X | X | Unknown |
| Account No.<br><br>**Annamaria Feher**<br>**341 Woodlyn Drive**<br>**Aurora, IL 60505** | X | | unknown<br>corp real estate | X | X | X | Unknown |
| Account No.<br><br>**Annie Strickland**<br>**1011 Churchill Drive**<br>**Bolingbrook, IL 60440** | X | | unknown<br>corp real estate | X | X | X | Unknown |
| Account No.<br><br>**Aragon Condo Assoc**<br>**PO Box 4346**<br>**Carol Stream, IL 60197** | X | H | May 2011 creditor info for Michael Franks<br>Services to Michael Franks LLC | | X | X | Unknown |

Sheet no. __**2**___ of __**62**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                              ,                    Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Archie Barrett** <br> **112 Westbury Lane** <br> **Georgetown, TX 78633** | X | | **unknown** <br> **corp real estate** | X | X | X | <br><br><br> **Unknown** |
| Account No. <br><br> **Armineh Ghevian** <br> **411 N. Central Ave.** <br> **Glendale, CA 91203** | X | | **unknown** <br> **corp real estate** | X | X | X | <br><br><br> **Unknown** |
| Account No. <br><br> **ASAP Appliance Service** <br> **8535 Cedar St** <br> **Fox Lake, IL 60020** | X | - | **MICHAEL FRANKS HOLDINGS CREDITOR LIST - AS OF MAY 2011** | | X | X | <br><br><br> **Unknown** |
| Account No. <br><br> **ASC (Grand)** <br> **PO Box 1820** <br> **Newark, NJ 07101-1820** | X | - | **MICHAEL FRANKS HOLDINGS CREDITOR LIST - AS OF MAY 2011** | | X | X | <br><br><br> **Unknown** |
| Account No. <br><br> **Assurance Property Management, Inc.** <br> **c/o Commercial Recovery Associates** <br> **205 W. Wacker Drive** <br> **Chicago, IL 60606** | X | - | **Claims arising out of the business operations or liquidation of Assurance Property Management, Inc.** | X | X | X | <br><br><br> **0.00** |

Sheet no. __3___ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael A. Morawski**                                          ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | MICHAEL FRANKS HOLDINGS CREDITOR LIST - AS OF MAY 2011 | | | | |
| Aurora Loan Services (Brookdale) PO Box 5180 Attn: Cashiering Denver, CO 80217-5180 | X | - | | | X | X | |
| | | | | | | | Unknown |
| Account No. | | | MICHAEL FRANKS HOLDINGS CREDITOR LIST - AS OF MAY 2011 | | | | |
| Aurora Loan Services (Cunat 2nd) PO Box 5180 Denver, CO 80217-5180 | X | - | | | X | X | |
| | | | | | | | Unknown |
| Account No. | | | MICHAEL FRANKS HOLDINGS CREDITOR LIST - AS OF MAY 2011 | | | | |
| BAC Home Loans Servicing, LP (Piece PO Box 6006 The Lakes, NV 88901 | X | - | | | X | X | |
| | | | | | | | Unknown |
| Account No. | | | MICHAEL FRANKS HOLDINGS CREDITOR LIST - AS OF MAY 2011 | | | | |
| BAC Home Loans Servicing, LP (Washi PO Box 6006 The Lakes, NV 88901 | X | - | | | X | X | |
| | | | | | | | Unknown |
| Account No. | | | unknown corp real estate | | | | |
| Barb Ostapina Maggio 5492 Half Round Road Oswego, IL 60543 | X | | | X | X | X | |
| | | | | | | | Unknown |

Sheet no. __4__ of __62__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                          ,        Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | unknown corp real estate | | | | |
| Barbara Roman 855 Lake St.,f #504 Oak Park, IL 60301 | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | MICHAEL FRANKS HOLDINGS CREDITOR LIST - AS OF MAY 2011 | | | | |
| Barnes & Thornburg, LLP One North Wacker Drive Suite 4400 Chicago, IL 60606-2833 | - | | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Barnes Clark 5406 South Hill Drive Madison, WI 53705 | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Bernard Hildebrand 1714 N. 36th Ave. Stone Park, IL 60165 | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Bill Deery 1201 S. Ocean Dr. #1707 N Hollywood, FL 33019 | X | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __5__ of __62__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                    ,        Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | unknown corp real estate | | | | |
| **Bill Parr** **4502 Walnut Street** **Omaha, NE 68106** | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| **Bob Bivin** **1805 Golden Gate Lane** **Naperville, IL 60563** | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| **Bob Niels** **3 N 545 Freeland Road** **Maple Park, IL 60151** | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| **Brad Clark** **2691 Providence Ave** **Aurora, IL 60503** | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| **Brad Fritschle** **1086 Bob-O-Link Road** **Highland Park, IL 60035** | X | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __6__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                              ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Brandon Rich**<br>**217 S. 122 Street**<br>**Omaha, NE 68154** | X | | | unknown<br>corp real estate | X | X | X | Unknown |
| Account No. **Community Ministry Resources**<br><br>**Brian Custhall**<br>**804 N. Euclid Ave**<br>**Bay City, MI 48706** | - | | | 2010<br>**Investor in Structure Equities Fund, LLC.**<br>**See Creditor List August 2011** | | X | | 38,050.00 |
| Account No.<br><br>**Brian Cutshall**<br>**804 N. Euclid Ave.**<br>**Bay City, MI 48706** | X | | | unknown<br>corp real estate | X | X | X | Unknown |
| Account No.<br><br>**Brian Johnson**<br>**1010 E. Olive Street**<br>**Arlington Heights, IL 60004** | X | | | unknown<br>corp real estate | X | X | X | Unknown |
| Account No.<br><br>**Brian Katzung**<br>**2785 Grace Road**<br>**Northbrook, IL 60062-3309** | X | | | unknown<br>corp real estate | X | X | X | Unknown |

Sheet no. __7__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

38,050.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                          Case No. _____
                                                              ,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | unknown corp real estate | | | | |
| Brian Krasavage 116 Lorraine Dr. Lake Zurich, IL 60047 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Brian Person 767 Pear Ave. Sunny Vale, CA 94087 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Bruce Kelley 7082 Little Harbor Drive Huntington Beach, CA 92648 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Bryan Penton 1405 Chalfont Dr. Schaumburg, IL 60193 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Carl and Gail Burger P.O. Box 725 Wauconda, IL 60084 | X | | | | X | X | X | Unknown |

Sheet no. __8__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                        ,          Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | unknown corp real estate | | | | |
| Carol Johnson 329 W. Rae Drive Munford, TN 38058 | X | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | unknown corp real estate | | | | |
| Cassio Tanikawa 17 Mariposa Irvine, CA 92604 | X | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | MICHAEL FRANKS HOLDINGS CREDITOR LIST - AS OF MAY 2011 | | | | |
| Cenlar Central Loan Admin Reporting PO Box 11733 Newark, NJ 07101-4733 | X | - | | | | | X | X | |
| | | | | | | | | | Unknown |
| Account No. x5326 | | | | | July 22, 2011 medical services | | | | |
| CEP America Illinois PC PO BOX 582663 Modesto, CA 95358-0046 | | - | | | | | | | |
| | | | | | | | | | 30.80 |
| Account No. | | | | | unknown corp real estate | | | | |
| Chad Cutshall 1832 Thornapple Way Aurora, IL 60504 | X | | | | | X | X | X | |
| | | | | | | | | | Unknown |

Sheet no. __9__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30.80

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                              ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Charles Frey** <br> **11320 Aberdeen** <br> **Belvidere, IL 61008** | X | | **unknown** <br> **corp real estate** | X | X | X | **Unknown** |
| Account No. <br><br> **Charles Wu** <br> **9488 Mammoth Drive** <br> **Reno, NV 89521** | X | | **unknown** <br> **corp real estate** | X | X | X | **Unknown** |
| Account No. **x.x9E+15** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | X | - | **Opened 9/01/09 Last Active 3/04/11** <br> **CreditCard** | | | | **0.00** |
| Account No. **x.x5E+15** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | X | - | **Opened 4/17/08 Last Active 11/01/10** <br> **CreditCard** | | | | **0.00** |
| Account No. **x.x9E+15** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | X | - | **Opened 12/01/05 Last Active 7/28/11** <br> **CreditCard** | | | | **5,001.00** |

Sheet no. __**10**__ of __**62**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,001.00**

12/09/11 4:31PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                          ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. x.x7E+15 <br><br> **Citibank Sd, Na** <br> **Attn: Centralized Bankruptcy** <br> **Po Box 20507** <br> **Kansas City, MO 64195** | X | - | | **Opened 4/01/01 Last Active 3/02/06** <br> **CreditCard** | | | | **0.00** |
| Account No. <br><br> **Citimortgage** <br> **PO Box 183040** <br> **Columbus, OH 43218-3040** | X | - | | | | X | X | **0.00** |
| Account No. **xxx xxx xxxxxx xxxxxx067L** <br><br> **City of Chicago** <br> **Department of Streets and Sanitatio** <br> **121 N. LaSalle Street #700** <br> **Chicago, IL 60602** | X | - | | **Aug 31, 2011** <br> **Administrative proceeding filed by Department of Streets and Sanitation based upon municipal code violations relating to garbage and refuse at 68th and Dorchester.** | | X | | **Unknown** |
| Account No. **xxxxx5106** <br><br> **City of Rolling Meadows** <br> **3600 Kirchoff Road** <br> **Rolling Meadows, IL 60008** | X | - | | **Oct 15 2011** <br> **Utility Bill** | | | | **150.20** |
| Account No. <br><br> **Comcast** <br> **PO Box 3005** <br> **Southeastern, PA 19398-3005** | X | - | | **communications services** | | | X | **Unknown** |

Sheet no. __11__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**150.20**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Connie Mumm** 304 Hyland Avenue Tomah, WI 54660 | X | | | | unknown corp real estate | X | X | X | Unknown |
| Account No. **Corina Radu** 356 North Run Glen Elmhurst, IL 60126 | X | | | | unknown corp real estate | X | X | X | Unknown |
| Account No. **COR Invest, LLC** **Corina Radu** 356 N. Run Glen Elmhurst, IL 60126 | - | | | | **2010** **Investor in Structure Equities Fund, LLC.** **See Creditor List August 2011** | | X | | 37,000.00 |
| Account No. **Curtis Deufel** 1805 S. Kingsway Dr. Aurora, IL 60506 | X | | | | unknown corp real estate | X | X | X | Unknown |
| Account No. **Dale Horn** 42 Parkview Hawthorn Woods, IL 60047 | X | | | | unknown corp real estate | X | X | X | Unknown |

Sheet no. __12__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                37,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                        ,       Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Dan Hickey** 1060 Noelle Bend Lake In The Hills, IL 60156 | X | | | unknown corp real estate | X | X | X | Unknown |
| Account No. **Darrell Walsh** 141 Course Drive Lake In The Hills, IL 60156 | X | | | unknown corp real estate | X | X | X | Unknown |
| Account No. **David Benjamin** 221 Tanoak Lane Naperville, IL 60540 | X | | | unknown corp real estate - Michael Franks, LLC investor | X | X | X | Unknown |
| Account No. **Martin Benjamin Irrev Trust** **David Benjamin** 221 Tan Oak Lane Naperville, IL 60540 | - | | | 2010 Investor in Structure Equities Fund, LLC. See Creditor List August 2011 | | X | | 200,000.00 |
| Account No. **David Galati** 1184 Beechtree Lane Bartlett, IL 60103 | X | | | unknown corp real estate | X | X | X | Unknown |

Sheet no. __13__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**200,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | unknown corp real estate | | | | |
| David Heidekrueger 3646 W. 58th Place Chicago, IL 60629 | X | | | | | X | X | X | Unknown |
| Account No. | | | | | unknown corp real estate | | | | |
| David Humphrey 26 W 163 Jerome Avenue Wheaton, IL 60187 | X | | | | | X | X | X | Unknown |
| Account No. **Fire Agate Works LLC** | | | | | **2010** Investor in Structure Equities Fund, LLC. See Creditor List August 2011 | | | | |
| David Humphrey 26 W. 163 Jerome Ave Wheaton, IL 60187 | - | | | | | | X | | 52,628.00 |
| Account No. | | | | | unknown corp real estate | | | | |
| David Lewis 16731 Dale Vista Lane Huntington Beach, CA 92647 | X | | | | | X | X | X | Unknown |
| Account No. | | | | | unknown corp real estate | | | | |
| David Martens 1239 Dartmouth Dr. Waunakee, WI 53597 | X | | | | | X | X | X | Unknown |

Sheet no. __14__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**52,628.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski** _____,      Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **David Nieto** 10714 Berry Plaza Omaha, NE 68127 | X | | | unknown corp real estate | X | X | X | Unknown |
| Account No. **David Winer** 9 N. County Street Suite 100 Waukegan, IL 60085 | - | | | 2010 Investor in Structure Equities Fund, LLC. See Creditor List August 2011 | | X | | 50,000.00 |
| Account No. **Dean Kaus** 740 6th Avenue Aurora, IL 60505 | X | | | unknown corp real estate | X | X | X | Unknown |
| Account No. **Debbie Levitan** 2220 Greenleaf St. Evanston, IL 60202 | X | | | unknown corp real estate | X | X | X | Unknown |
| Account No. **Debra Rorex** 11600 Warner Ave., #634 Fountain Valley, CA 92708 | X | | | unknown corp real estate | X | X | X | Unknown |

Sheet no. __15__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          50,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                          ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Dennis Blitz** **1000 Lake Shore Plaza, Apt 36 C** **Chicago, IL 60601** | X | | unknown corp real estate | X | X | X | Unknown |
| Account No. **Dennis Clark** **1S610 Verdun Drive** **Winfield, IL 60190** | X | | unknown corp real estate | X | X | X | Unknown |
| Account No. **Dennis Keating** **29823 Oak Meadow Dr.** **Kingston, IL 60145** | X | | unknown corp real estate | X | X | X | Unknown |
| Account No. **Devra Barnes-Crivello** **7691 Park Field Circle** **Huntington Beach, CA 92648** | X | | unknown corp real estate | X | X | X | Unknown |
| Account No. **Diane Costello** **12 E. Maple Ave, Unit 4** **Merchantville, NJ 08109** | X | | unknown corp real estate | X | X | X | Unknown |

Sheet no. __16__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael A. Morawski**                                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx xxxxxxxx xxxxx xxx #xx8660** | | | | | **2010**<br>**Investor in Structure Equities Fund, LLC.**<br>**See Creditor List August 2011** | | | | |
| **Diane Costello**<br>**12 E. Maple Ave**<br>**Unit 4**<br>**Merchantville, NJ 08109** | - | | | | | | X | | **49,946.00** |
| Account No. | | | | | unknown<br>corp real estate | | | | |
| **Dick Vock**<br>**706 Forest View**<br>**Verona, WI 53593** | X | | | | | X | X | X | **Unknown** |
| Account No. | | | | | unknown<br>corp real estate | | | | |
| **Dolly Nugent**<br>**14748 Tennessee Court**<br>**Fontana, CA 92336** | X | | | | | X | X | X | **Unknown** |
| Account No. | | | | | unknown<br>corp real estate | | | | |
| **Don Crockett**<br>**2070 Shepard Road**<br>**Hoffman Estates, IL 60169** | X | | | | | X | X | X | **Unknown** |
| Account No. | | | | | unknown<br>corp real estate | | | | |
| **Don Fountain**<br>**26113 Oakcrest Lane**<br>**Plainfield, IL 60585** | X | | | | | X | X | X | **Unknown** |

Sheet no. __17__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**49,946.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael A. Morawski**                                                            ,        Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | unknown corp real estate | | | | |
| Don Motyka 369 Cherry Valley Rd. Vernon Hills, IL 60061 | X | | | | X | X | X | Unknown |
| Account No. | | | | 2010 Investor in Structure Equities Fund, LLC. See Creditor List August 2011 | | | | |
| Donald Crocket 2070 Shepard Road Hoffman Estates, IL 60169 | - | | | | | X | | 50,000.00 |
| Account No. xxxxit 1, LLC | | | | 2010 Investor in Structure Equities Fund, LLC. See Creditor List August 2011 | | | | |
| Donald Motyka 369 Cherry Valley Road Vernon Hills, IL 60061 | - | | | | | X | | 16,050.00 |
| Account No. | | | | unknown corp real estate | | | | |
| Ed Weinewuth 350 Countryside Dr. Roselle, IL 60172 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Eli Dysangco 500 Cherry Street Sturgis, MI 49091 | X | | | | X | X | X | Unknown |

Sheet no. __18__ of __62__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

66,050.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | unknown corp real estate | | | | |
| **Elizabeth Irwin 7101 W. Martell Rd. Martell, NE 68404** | X | | | | | X | X | X | Unknown |
| Account No. | | | | | MICHAEL FRANKS HOLDINGS CREDITOR LIST - AS OF MAY 2011 | | | | |
| **EMC (Navajo 1st) PO Box 293150 Lewisville, TX 75029-3150** | X | - | | | | | | X | Unknown |
| Account No. | | | | | MICHAEL FRANKS HOLDINGS CREDITOR LIST - AS OF MAY 2011 | | | | |
| **EMC (Navajo 2d) PO Box 293150 Lewisville, TX 75029-3150** | X | - | | | | X | | X | Unknown |
| Account No. | | | | | unknown corp real estate | | | | |
| **Eric Lucik 116 E. Michigan Rd. New Lenox, IL 60451** | X | | | | | X | X | X | Unknown |
| Account No. | | | | | unknown corp real estate | | | | |
| **Eric Marcus 3107 N. Damen Ave. Chicago, IL 60618** | X | | | | | X | X | X | Unknown |

Sheet no. __19__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael A. Morawski**                                                    ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | unknown corp real estate | | | | |
| Erik Tweten 2046 Ruttan Court West Fargo, ND 58078-4250 | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Everett James 820 Elder Road, Unit 411 Homewood, IL 60430 | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | unknown corp real estate - Michael Franks, LLC | | | | |
| Ewa Blizniak 1365 Huntington Dr. Mundelein, IL 60060 | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. xxxxxx xxxxx - xxx xxx44-sc | | | | 2010 Investor in Structure Equities Fund, LLC. See Creditor List August 2011 | | | | |
| Ewa Blizniak 1365 Huntington Drive Mundelein, IL 60060 | - | | | | | X | | |
| | | | | | | | | 45,600.00 |
| Account No. xxxxx3621 | | | | Opened 3/01/05 Last Active 5/26/10 Lease | | | | |
| Firstar c/o US Bank Bankruptcy Dept Po Box 5229 Cincinnati, OH 45201 | X | - | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __20__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,600.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                                                         Case No. _____
                                        _____,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5762** <br><br> **Firstar** <br> **c/o US Bank Bankruptcy Dept** <br> **Po Box 5229** <br> **Cincinnati, OH 45201** | X | - | **Opened  7/01/00  Last Active  5/01/05** <br> **Lease** | | | | **0.00** |
| Account No. <br><br> **Forrest Vollrath** <br> **26 Franklin Ave.** <br> **River Forest, IL 60635** | X | | unknown <br> corp real estate | X | X | X | **Unknown** |
| Account No. <br><br> **Frank and Diana Kappes** <br> **34 Honey Locust** <br> **Littleton, CO 80127** | X | | unknown <br> corp real estate - Alternative Fund I, Jethro, and loan to Michael Franks, LLC or one of its affiliates.  exact or current debt not known | X | X | X | **44,000.00** |
| Account No. <br><br> **Frank H. Constant** <br> **2223 Smalley Crt.** <br> **West Dundee, IL 60118** | X | H | unknown contingent liability <br> claims, if any, arising from business operations | | X | X | **Unknown** |
| Account No. <br><br> **Fredric & Barbara Bunge** <br> **8 Vale Rd** <br> **West Chicago, IL 60185** | X | | unknown <br> corp real estate - investor in Bear Creek Fund and VOPO.  outstanding debt not known. | X | X | X | **76,314.00** |

Sheet no. __**21**__ of __**62**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**120,314.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                        Case No. _____
_____ ,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Gail Santroch**<br>**625 Clover Hill Lane**<br>**Elk Grove Village, IL 60007** | X | | | **unknown**<br>**corp real estate** | X | X | X | Unknown |
| Account No. **Gail L. Santroch Living Trust**<br><br>**Gail Santroch**<br>**625 Clover Hill Lane**<br>**Elk Grove Village, IL 60007** | - | | | **2010**<br>**Investor in Structure Equities Fund, LLC.**<br>**See Creditor List August 2011** | | X | | 50,000.00 |
| Account No.<br><br>**Garland Labat**<br>**336 New Mills Court**<br>**Schaumburg, IL 60193** | X | | | **unknown**<br>**corp real estate** | X | X | X | Unknown |
| Account No.<br><br>**Garry Gruhn**<br>**353 Main St.**<br>**Box 309**<br>**Manilla, IA 51454** | X | | | **unknown**<br>**corp real estate** | X | X | X | Unknown |
| Account No.<br><br>**Gary Neske**<br>**20671 Sandpiper**<br>**Huntington Beach, CA 92646** | X | | | **unknown**<br>**corp real estate** | X | X | X | Unknown |

Sheet no. __22__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **50,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael A. Morawski**                                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Gary Parmenter 11125 Regency Drive Westchester, IL 60154 | X | | unknown corp real estate | X | X | X | Unknown |
| Account No. **xxx xxxxxxxx xxxxx xxx #xx4036**  Gary Parmenter 11125 Regency Drive Westchester, IL 60154 | - | | 2010 Investor in Structure Equities Fund, LLC. See Creditor List August 2011 | | X | | 25,000.00 |
| Account No.  Gary Ritter 330 N. Catherine Ave. La Grange Park, IL 60526 | X | | unknown corp real estate | X | X | X | Unknown |
| Account No. **x.x2E+15**  Ge Capital Credit Card Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | - | | Opened  5/10/06  Last Active  6/08/07 ChargeAccount | | | | 0.00 |
| Account No.  George Staat 6462 Cherokee Drive Indian Head Park, IL 60525 | X | | unknown corp real estate | X | X | X | Unknown |

Sheet no. __23__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael A. Morawski**                                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Gerilynn Berg** 2438 Hill St. Santa Monica, CA 90405 | X | | unknown corp real estate | X | X | X | Unknown |
| Account No. **Gina Anson** 798 N. Elmwood Street Orange, CA 92867 | X | | unknown corp real estate | X | X | X | Unknown |
| Account No. **GMAC Mortgage LLC** 100 Witmer Road Horsham, PA 19044-0963 | X | - | MICHAEL FRANKS HOLDINGS CREDITOR LIST - AS OF MAY 2011 | X | | X | Unknown |
| Account No. **Great Rooms Development LLC** 800 E. Northwest Hwy Suite 200 Palatine, IL 60074 | | - | 2010 Investor in Structure Equities Fund, LLC. See Creditor List August 2011 | | X | | 67,000.00 |
| Account No. **Gregg Raupp** P.O. Box 1393 Madison, WI 53701 | X | | unknown corp real estate | X | X | X | Unknown |

Sheet no. __24__ of __62__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**67,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael A. Morawski**                                    ,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | unknown corp real estate | | | | |
| **Guy Lofts** **6724 Horseshoe Bend** **Verona, WI 53593** | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| **Henry Wu** **23 Sherwood Rd.** **Edison, NJ 08820** | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| **Howard Wilson** **6620 Waning Moon Way** **Columbia, MD 21045** | X | | | | X | X | X | Unknown |
| Account No. | | | | **MICHAEL FRANKS HOLDINGS CREDITOR LIST - AS OF MAY 2011** | | | | |
| **Howe Real Estate Services** **333 E. Jackson Street** **Woodstock, IL 60098** | X | - | | | X | | X | Unknown |
| Account No. | | | | **MICHAEL FRANKS HOLDINGS CREDITOR LIST - AS OF MAY 2011** | | | | |
| **Inland (Mayfield 2d)** **2901 Butterfield Rd** **Oak Brook, IL 60523** | X | - | | | X | | X | Unknown |

Sheet no. __25__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                                                  ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Inland (Mayfield)**<br>**2225 South Wolf Rd**<br>**Hillside, IL 60162** | | X - | **MICHAEL FRANKS HOLDINGS CREDITOR LIST - AS OF MAY 2011** | X | | X | Unknown |
| Account No.<br><br>**Ira Daar**<br>**6002 Nahal Drive**<br>**Frederick, MD 21702** | | X | unknown<br>corp real estate | X | X | X | Unknown |
| Account No.<br><br>**Jackie Sip**<br>**11787 253rd St.**<br>**Council Bluffs, IA 51503** | | X | unknown<br>corp real estate | X | X | X | Unknown |
| Account No.<br><br>**James Coli**<br>**10593 Beech Creek**<br>**Las Vegas, NV 89141** | | X | unknown<br>corp real estate | X | X | X | Unknown |
| Account No.<br><br>**James Smith**<br>**4245 Oak Knoll Lane**<br>**Hoffman Estates, IL 60192** | | X | unknown<br>corp real estate | X | X | X | Unknown |

Sheet no. __26__ of __62__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                                      ,        Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Front Runner, LLC**<br><br>**James Smith**<br>**4245 Oak Knoll Lane**<br>**Hoffman Estates, IL 60192** | - | | **2010**<br>**Investor in Structure Equities Fund, LLC.**<br>**See Creditor List August 2011** | | X | | **63,000.00** |
| Account No.<br><br>**Jason Rich**<br>**217 S. 122 Street**<br>**Omaha, NE 68154** | X | | **unknown**<br>**corp real estate** | X | X | X | **Unknown** |
| Account No.<br><br>**Jeff Stauffacher**<br>**22 Black Stone Circle**<br>**Madison, WI 53719-5114** | X | | **unknown**<br>**corp real estate** | X | X | X | **Unknown** |
| Account No.<br><br>**Jeff Winterburg**<br>**917 Doral Drive**<br>**Bartlett, IL 60103** | X | | **unknown**<br>**corp real estate** | X | X | X | **Unknown** |
| Account No.<br><br>**Jeffrey Buffo**<br>**1054 Frog Leap Trail**<br>**Kennesaw, GA 30152** | X | | **unknown**<br>**corp real estate** | X | X | X | **Unknown** |

Sheet no. __27__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**63,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xxxxxxxx xxxxx xxx #xx8854**<br><br>**Jeffrey Winterburg**<br>**917 Doral Drive**<br>**Bartlett, IL 60103** | | - | **2010**<br>**Investor in Structure Equities Fund, LLC.**<br>**See Creditor List August 2011** | | X | | **20,000.00** |
| Account No.<br><br>**Jennifer Mellone**<br>**16965 Ruby Lane**<br>**Brookfield, WI 53005** | X | | **unknown**<br>**corp real estate** | X | X | X | **Unknown** |
| Account No.<br><br>**Jennifer Schuerger**<br>**786 S. Ridgeview Rd.**<br>**Anaheim Hills, CA 92807** | X | | **unknown**<br>**corp real estate** | X | X | X | **Unknown** |
| Account No.<br><br>**Jerry Trousdale**<br>**825 S. Dunton**<br>**Arlington Heights, IL 60005** | X | | **unknown**<br>**corp real estate** | X | X | X | **Unknown** |
| Account No.<br><br>**Jessica Cobb**<br>**542 Littleton Trail**<br>**Elgin, IL 60120** | X | | **unknown**<br>**corp real estate** | X | X | X | **Unknown** |

Sheet no. __28__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,000.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                    ,      Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | unknown corp real estate | | | | |
| **Jim Kourpas** **3355 Beaufort Drive** **Bethlehem, PA 18017** | X | | | | | X | X | X | Unknown |
| Account No. | | | | | unknown corp real estate | | | | |
| **Jim Ventrone** **22200 Honey Ridge Court** **Kildeer, IL 60047** | X | | | | | X | X | X | Unknown |
| Account No. | | | | | unknown corp real estate | | | | |
| **John Klingelhoets** **4714 Rothman Place** **Monona, WI 53716** | X | | | | | X | X | X | Unknown |
| Account No. | | | | | **2010** **Investor in Structure Equities Fund, LLC.** **See Creditor List August 2011** | | | | |
| **John St. Leger** **960 Apple Street** **Hoffman Estates, IL 60195** | - | | | | | | X | | 27,625.00 |
| Account No. | | | | | unknown corp real estate | | | | |
| **John Sweeney** **921 Middleton Street** **La Habra, CA 90631** | X | | | | | X | X | X | Unknown |

Sheet no. __29__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,625.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael A. Morawski**                                              ,          Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | unknown corp real estate | | | | |
| **Jon Birschbach 4308 Hilltop Circle Middleton, WI 53562** | X | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | unknown corp real estate | | | | |
| **Joyce Wixson 106 W. Hickory St. Hinsdale, IL 60521** | X | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | unknown corp real estate | | | | |
| **Judith Mahlkuch 1019 Barber Drive Stoughton, WI 53589** | X | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | unknown corp real estate | | | | |
| **Julie Burger 2501 Wisconsin Ave NW Unit 309 Washington, DC 20007** | X | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | unknown corp real estate | | | | |
| **Karen Funk 1811 Ranch View Dr. Naperville, IL 60565** | X | | | | X | X | X | |
| | | | | | | | | **Unknown** |

Sheet no. __30__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael A. Morawski**                                                ,        Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Karen Greco** <br> **5407 Commonwealth Ave** <br> **Western Springs, IL 60558** | X | | unknown <br> corp real estate | X | X | X | Unknown |
| Account No. <br><br> **Karla Nurczyk** <br> **619 Oakley Avenue** <br> **Joliet, IL 60436** | X | | unknown <br> corp real estate | X | X | X | Unknown |
| Account No. <br><br> **Kate Heilessen** <br> **1314 2nd Ave. North** <br> **Denison, IA 51442** | X | | unknown <br> corp real estate | X | X | X | Unknown |
| Account No. <br><br> **Kate Wolf** <br> **1377 Ferndale Ave.** <br> **Highland Park, IL 60035** | X | | unknown <br> corp real estate | X | X | X | Unknown |
| Account No. <br><br> **Kathleen Kramer** <br> **19051 Goldenwest Street** <br> **#106-307** <br> **Huntington Beach, CA 92648** | X | | unknown <br> corp real estate | X | X | X | Unknown |

Sheet no. __31__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael A. Morawski**                                   ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | unknown corp real estate | | | | |
| **Kathryn Belda** **129 S Windham Lane** **Bloomingdale, IL 60108** | X | | | | X | X | | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| **Kaye Abolins** **3007 Naak Dr.** **Belvidere, IL 61008** | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| **Keith Addison** **Kemman Road** **Hebron, IL 60034** | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| **Keith Hengler** **1723 Kim Ave.** **Mount Prospect, IL 60056** | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| **Kelly White** **1804 Capital Parkway, Unit  24** **Austin, TX 78746** | X | | | | X | X | X | Unknown |

Sheet no. __32__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                            ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | unknown corp real estate | | | | |
| Ken Kowall 3930 Bordeau Dr. Hoffman Estates, IL 60195 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Ken Rolf 3916 N. 208th Street Elkhorn, NE 68022 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Kenneth Radtke 17713 O'Cock Road Union, IL 60180 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Kevin Reich 6100 Oakmont Lane Gurnee, IL 60031 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Krisstina Wise 1801 S. Mopac Expressway Suite 100 Austin, TX 78746 | X | | | | X | X | X | Unknown |

Sheet no. __33__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                    Case No. _____
_____,
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | unknown corp real estate | | | | |
| Kyle Ngo 622 Walnut Avenue Arcadia, CA 91007 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Larry Greenberg 9727 Gross Point Road Skokie, IL 60076 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Larry Weiner 1322 N Peachtree Lane Mt. Prospect, IL 60056 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Laura Neurauter 3851 W. 226th St. #110 Torrance, CA 90505 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Linda Bodnar 1618 E. LaSalle South Bend, IN 46617 | X | | | | X | X | X | Unknown |

Sheet no. __34__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael A. Morawski**                                    ,            Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Lisa Danze** <br>**1610 S. 48th St.** <br>**Omaha, NE 27106** | X | | | **unknown** <br>**corp real estate** | X | X | X | <br><br><br>**Unknown** |
| Account No. <br><br> **Lisa Kleiner** <br>**100 Sebastian Dr.** <br>**Hunstville, AL 35811** | X | | | **unknown** <br>**corp real estate** | X | X | X | <br><br><br>**Unknown** |
| Account No. <br><br> **Lorelei Kepler** <br>**196 Coral Road** <br>**Islamorada, FL 33036** | X | | | **unknown** <br>**corp real estate** | X | X | X | <br><br><br>**Unknown** |
| Account No. <br><br> **Marcia Murray** <br>**612 N  81st Street** <br>**Lincoln, NE 68505** | X | | | **unknown** <br>**corp real estate** | X | X | X | <br><br><br>**Unknown** |
| Account No. <br><br> **Marcia Murray** <br>**612 N. 81st Street** <br>**Lincoln, NE 68505** | - | | | **2010** <br>**Investor in Structure Equities Fund, LLC.** <br>**See Creditor List August 2011** | | X | | <br><br>**25,000.00** |

Sheet no. __35__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                                    Case No. _____
                                                    ,
                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | unknown corp real estate | | | | |
| Maria Triantos 1344 Newcastle Lane Bartlett, IL 60103 | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Mark Gorski 10135 Dunhill Dr. Huntley, IL 60142 | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Mark Gruhn 300 Sundown Drive, Apt. 34 Glidden, IA 51443 | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Mark Muehlhausen 531 Merlin Drive Schaumburg, IL 60193 | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Mary Frisone 708 Littleton Trail Elgin, IL 60120 | X | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __36__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                              Case No. _____
                                                          ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | unknown corp real estate | | | | |
| Mary Kay Riordan 216 N. Gary Avenue Wheaton, IL 60187 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Mary Neuling 19241 N. 6th St. Phoenix, AZ 85024 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Matthew Costello 2314 Kendall Avenue Madison, WI 53726 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Maxine Horowitz 55 W. Delaware Place #610 Chicago, IL 60610 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Megan Garrity 1051 W. Pratt Blvd, Unit 1B Chicago, IL 60626 | X | | | | X | X | X | Unknown |

Sheet no. __37__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                                     ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | unknown corp real estate | | | | |
| Melvin Vellenga 574 Peneg Pine Parkway Bartlett, IL 60103 | X | | | X | X | X | Unknown |
| Account No. | | | unknown corp real estate | | | | |
| Mercedes Hernandez 3646 W 58th Place Chicago, IL 60629 | X | | | X | X | X | Unknown |
| Account No. | | | unknown corp real estate | | | | |
| Michael Cassman P.O. Box 4727 Chicago, IL 60680 | X | | | X | X | X | Unknown |
| Account No. | | | Claims arising out of the operation or liquidation of business operations of Michael Franks, LLC. | | | | |
| Michael Franks, LLC c/o Commercial Recovery Assoc 205 W. Wacker Drive, Suite 1818 Chicago, IL 60606 | - | | | X | X | X | 0.00 |
| Account No. | | | unknown corp real estate | | | | |
| Michael Kranz 774 Spring Island Way Orlando, FL 32828 | X | | | X | X | X | Unknown |

Sheet no. __38__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael A. Morawski**                                     ,        Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | unknown corp real estate | | | | |
| Michael LaFargue 9327 S. Michigan Ave. Chicago, IL 60619 | X | | | | | X | X | X | Unknown |
| Account No. | | | | | unknown corp real estate | | | | |
| Michael Morgan 1934 Knollwood Lane Los Altos, CA 94024 | X | | | | | X | X | X | Unknown |
| Account No. | | | | | unknown corp real estate | | | | |
| Michael Pisarcik 1429 Calcutta Lane Naperville, IL 60563 | X | | | | | X | X | X | Unknown |
| Account No. | | | | | unknown corp real estate | | | | |
| Michael Pisto 632 W Potter Street Wood Dale, IL 60191 | X | | | | | X | X | X | Unknown |
| Account No. | | | | | unknown corp real estate | | | | |
| Michael Skerrett 4703 Stonewall Downers Grove, IL 60515 | X | | | | | X | X | X | Unknown |

Sheet no. __39__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                    ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | unknown corp real estate | | | | |
| Michael Smedes 12112 Horseback Hollow Court Austin, TX 78732 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Mike Kendig 4210 S Granby Way #B Aurora, CO 80014 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Mike Meier P.O. Box 596 Mt. Prospect, IL 60056 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Mike Quoss 205 W Eugenie Chicago, IL 60614 | X | | | | X | X | X | 50,000.00 |
| Account No. | | | | unknown corp real estate | | | | |
| Millicent Fritschle 1798 Brush Hill Lane Glenview, IL 60025 | X | | | | X | X | X | Unknown |

Sheet no. __40__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          50,000.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael A. Morawski**                                    ,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Mohamed Abbasi<br>215 Pinehurst Ave.<br>Des Plaines, IL 60016** | X | | **unknown<br>corp real estate** | X | X | X | **Unknown** |
| Account No. <br><br>**Nancy Thunberg<br>917 Doral Drive<br>Bartlett, IL 60103** | X | | **unknown<br>corp real estate** | X | X | X | **Unknown** |
| Account No. **xxx xxxxxxxx xxxxx xxx #xx2692** <br><br>**Nancy Thunberg<br>917 Doral Drive<br>Bartlett, IL 60103** | - | | **2010<br>Investor in Structure Equities Fund, LLC.<br>See Creditor List August 2011** | | X | | **15,000.00** |
| Account No. <br><br>**Neal Heimbecker<br>808 HIckory<br>Woodstock, IL 60098** | X | | **unknown<br>corp real estate** | X | X | X | **Unknown** |
| Account No. <br><br>**Neha Shah<br>4170 Portage Lane<br>Hoffman Estates, IL 60192** | X | | **unknown<br>corp real estate** | X | X | X | **Unknown** |

Sheet no. __41__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,000.00**

12/09/11  4:31PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Nick St. Leger**<br>**5728 Breezeland**<br>**Carpentersville, IL 60110** | - | | **2010**<br>**Investor in Structure Equities Fund, LLC.**<br>**See Creditor List August 2011** | | X | | **9,000.00** |
| Account No. <br><br> **Nicole Pavisic**<br>**1301 W. Madison #618**<br>**Chicago, IL 60607** | X | | **unknown**<br>**corp real estate** | X | X | X | **Unknown** |
| Account No. xxxxxx3429 <br><br> **Nicor Gas**<br>**Attention:  Bankruptcy Department**<br>**Po Box 190**<br>**Aurora, IL 60507** | - | | **Opened  8/29/05  Last Active 11/10/05**<br>**Agriculture** | | | | **0.00** |
| Account No. xxxxxx4426 <br><br> **Nicor Gas**<br>**Attention:  Bankruptcy Department**<br>**Po Box 190**<br>**Aurora, IL 60507** | - | | **Opened  6/07/07  Last Active 10/17/08**<br>**Agriculture** | | | | **0.00** |
| Account No. xxxxxx4099 <br><br> **Nicor Gas**<br>**Attention:  Bankruptcy Department**<br>**Po Box 190**<br>**Aurora, IL 60507** | - | | **Opened  8/25/08  Last Active  1/07/09**<br>**Agriculture** | | | | **0.00** |

Sheet no. __**42**__ of __**62**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **9,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael A. Morawski**                                    ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1499** | | | **Opened  5/20/02  Last Active  8/26/11 Agriculture** | | | | |
| **Nicor Gas Attention:  Bankruptcy Department Po Box 190 Aurora, IL 60507** | | - | | | | | |
| | | | | | | | **0.00** |
| Account No. | | | **unknown corp real estate** | | | | |
| **Nyle Gruhn Box 309, 353 Main St. Manilla, IA 51454** | X | | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **MICHAEL FRANKS HOLDINGS CREDITOR LIST - AS OF MAY 2011** | | | | |
| **OCWEN PO BOX 6440 Carol Stream, IL 60197-6440** | X | - | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **MICHAEL FRANKS HOLDINGS CREDITOR LIST - AS OF MAY 2011** | | | | |
| **Orkin Pest Control 1035 Putman Drive NW Ste F Huntsville, AL 35816** | X | - | | X | | X | |
| | | | | | | | **Unknown** |
| Account No. **xxxxx1951, LLC** | | | **2010 Investor in Structure Equities Fund, LLC. See Creditor List August 2011** | | | | |
| **Pat Motyka 369 Cherry Valley Road Vernon Hills, IL 60061** | | - | | | X | | |
| | | | | | | | **25,000.00** |

Sheet no. __43__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael A. Morawski** _____ ,    Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | unknown corp real estate | | | | |
| Patricia Lucero 5100 Via Dolce, #205 Marina Del Rey, CA 90292 | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | MICHAEL FRANKS HOLDINGS CREDITOR LIST - AS OF MAY 2011 | | | | |
| Patrick Gysel 5020 Stuhrburg Brighton, MI 48114 | X | - | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Patty Finger 358 Army Trail Rd #140-2 Bloomingdale, IL 60108 | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Paul Fiorello 7225 Colony Dr. Madison, WI 53717 | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. x.x0E+12 | | | | Opened  4/21/11  Last Active  8/12/11 Agriculture | | | | |
| Peoples Gas Attention: Bankruptcy Department 130 E. Randolph Chicago, IL 60601 | | - | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __44__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                    , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. x.x0E+12 <br><br> **Peoples Gas** <br> **Attention: Bankruptcy Department** <br> **130 E. Randolph** <br> **Chicago, IL 60601** | | - | | | Opened  4/21/11  Last Active  9/08/11 <br> Agriculture | | | | 0.00 |
| Account No. <br><br> **Peter Kime** <br> **814 Dobson #3W** <br> **Evanston, IL 60202** | X | | | | unknown <br> corp real estate | X | X | X | Unknown |
| Account No. <br><br> **Philip Rich** <br> **217 S. 122nd St.** <br> **Omaha, NE 68154** | X | | | | unknown <br> corp real estate | X | X | X | Unknown |
| Account No. xx0173 <br><br> **Pinnacle Credit Serivc** <br> **Po Box 640** <br> **Hopkins, MN 55343** | X | - | | | Opened  7/01/11 <br> FactoringCompanyAccount Chase Bank | | | | 9,779.00 |
| Account No. <br><br> **Qiu Min Ji** <br> **2809 Embers Lane** <br> **Arlington Heights, IL 60005** | X | | | | unknown <br> corp real estate | X | X | X | Unknown |

Sheet no. __45__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,779.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                    Case No. _____
                                              ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | unknown corp real estate | | | | |
| Rachelle Alanis 8062 Terraza Court Riverside, CA 92508 | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Ralph Buffo 3200 N. Leisure World Blvd., #2 Silver Spring, MD 20906 | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2010 Investor in Structure Equities Fund, LLC. See Creditor List August 2011 | | | | |
| Randall Johnson 244 North Trail Hawthorn Woods, IL 60047 | X | - | | | | X | | |
| | | | | | | | | 100,000.00 |
| Account No. | | | | unknown corp real estate | | | | |
| Randy Johnson 244 North Trail Hawthorn Woods, IL 60047 | | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Randy Urban 736 Cunningham Dr. Palatine, IL 60067 | X | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __46__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **100,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski** _____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | unknown corp real estate | | | | |
| Randy Walker 321 Wickham Dr. Schaumburg, IL 60193 | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Raymond Truitt 21720 W. Long Grove Rd., Ste. #210 Deer Park, IL 60010 | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. **Future Wealth LLC** | | | | 2010 Investor in Structure Equities Fund, LLC. See Creditor List August 2011 | | | | |
| Raymond Truitt 21891 W. Tori Lane Deer Park, IL 60010 | - | | | | | X | | |
| | | | | | | | | 50,000.00 |
| Account No. | | | | unknown corp real estate | | | | |
| Rea Santroch 625 Clover Hill Lane Elk Grove Village, IL 60007 | X | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. **Rea T. Santroch Living Trust** | | | | 2010 Investor in Structure Equities Fund, LLC. See Creditor List August 2011 | | | | |
| Rea Santroch 625 Clover Hill Lane Elk Grove Village, IL 60007 | - | | | | | X | | |
| | | | | | | | | 100,000.00 |

Sheet no. __47__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

150,000.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | unknown corp real estate | | | | |
| Rhonda Saslawsky 1295 Heron Oaks Cove Memphis, TN 38120 | X | | | X | X | X | Unknown |
| Account No. | | | unknown corp real estate | | | | |
| Richard Cannavino 1131 Thackery Lane Naperville, IL 60564 | X | | | X | X | X | Unknown |
| Account No. | | | unknown corp real estate | | | | |
| Richard Ralph 4833 Stanley Ave. Downers Grove, IL 60515 | X | | | X | X | X | Unknown |
| Account No. | | | unknown corp real estate | | | | |
| Rob Boedecker 21441 Greenwood Dr. Kildeer, IL 60047 | X | | | X | X | X | Unknown |
| Account No. | | | unknown corp real estate | | | | |
| Robert Eaton 1800 Huntington Blvd. #303 Hoffman Estates, IL 60169 | X | | | X | X | X | Unknown |

Sheet no. __48__ of __62__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                                    Case No. _____
                                              ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | unknown corp real estate | | | | |
| Robert Fuller 6025 Ridge Court Lisle, IL 60532-3165 | X | | | | | X | X | X | Unknown |
| Account No. | | | | | unknown corp real estate | | | | |
| Robert Gall 1281 Darlington Court Hoffman Estates, IL 60194 | X | | | | | X | X | X | Unknown |
| Account No. | | | | | unknown corp real estate | | | | |
| Robert Johnson 1542 Plainfield Road Oswego, IL 60543 | X | | | | | X | X | X | Unknown |
| Account No. | | | | | unknown corp real estate | | | | |
| Robert Marti 1323 N. Pine Ave. Arlington Heights, IL 60004 | X | | | | | X | X | X | Unknown |
| Account No. | | | | | unknown corp real estate | | | | |
| Robert Martin 109 Cedarbrook Rd. Naperville, IL 60565 | X | | | | | X | X | X | Unknown |

Sheet no. __49__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael A. Morawski**                                    , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | unknown | | | | |
| **Robert Wright** **140th Street** **St. Clarinda, IA 51632** | X | | corp real estate | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | unknown | | | | |
| **Robin & John Mauro** **333 Woodside Drive** **Bloomingdale, IL 60108** | X | | corp real estate | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | unknown | | | | |
| **Robin Zell** **467 Taubert Avenue** **Batavia, IL 60510** | X | | corp real estate | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. **Silver Rock, LLC** | | | 2010 | | | | |
| **Robin Zell** **467 Taubert Ave** **Batavia, IL 60510** | - | | Investor in Structure Equities Fund, LLC. See Creditor List August 2011 | | X | | |
| | | | | | | | **25,000.00** |
| Account No. | | | unknown | | | | |
| **Rodney Johnson** **1390 Westbourn Parkway** **Algonquin, IL 60102** | X | | corp real estate | X | X | X | |
| | | | | | | | **Unknown** |

Sheet no. __**50**__ of __**62**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | **25,000.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael A. Morawski**_____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | unknown corp real estate | | | | |
| Roger Anderson 450 Garcia Drive Hemet, CA 92545 | X | | | | | X | X | X | Unknown |
| Account No. | | | | | unknown corp real estate | | | | |
| Ronald Garrity 438 Bernadette Lane Batavia, IL 60510 | X | | | | | X | X | X | Unknown |
| Account No.  **xxx xxxxxxxx xxxxx xxx #xx0793** | - | | | | 2010 Investor in Structure Equities Fund, LLC. See Creditor List August 2011 | | X | | |
| Ronald Garrity 438 Bernadette Lane Batavia, IL 60510 | | | | | | | | | 50,000.00 |
| Account No. | | | | | unknown corp real estate | | | | |
| Roy Hildebrand 1660 Dennison Rd. Hoffman Estates, IL 60169 | X | | | | | X | X | X | Unknown |
| Account No. | | | | | unknown corp real estate | | | | |
| Russ DiOrio 221 Oak Street Elmhurst, IL 60126 | X | | | | | X | X | X | Unknown |

Sheet no. __51__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**50,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Michael A. Morawski_____,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx0491** | - | | | | **July 22, 2011** **emergency services** | | | | |
| **Rutland Dundee Fire Department** **PO Box 203** **Gilberts, IL 60136** | | | | | | | | | |
| | | | | | | | | | **239.40** |
| Account No. | X | | | | **unknown** **corp real estate** | X | X | X | |
| **Ryan Engle** **2379 N. Wayne** **Chicago, IL 60614** | | | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | X | | | | **unknown** **corp real estate** | X | X | X | |
| **Sally Cevasco** **260 Wakely Terrace** **Bel Air, MD 21014** | | | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | X | | | | **unknown** **corp real estate** | X | X | X | |
| **Sandra Ferguson** **901 E. Kaibab Trail Drive** **Meridian, ID 83646** | | | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | X | | | | **unknown** **corp real estate** | X | X | X | |
| **Sandra Merrick** **17531 Troyer Rd.** **White Hall, MD 21161** | | | | | | | | | |
| | | | | | | | | | **Unknown** |

Sheet no. __52__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**239.40**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                   ,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | MICHAEL FRANKS HOLDINGS CREDITOR LIST - AS OF MAY 2011 | | | | |
| Sarah Taggart, P.C. 120 Holmes Ave Suite B100 Huntsville, AL 35801 | X | - | | X | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2010 Investor in Structure Equities Fund, LLC. See Creditor List August 2011 | | | | |
| Scott and Patricia Helm 39W835 Catlin Square Geneva, IL 60134 | | - | | | X | | |
| | | | | | | | 25,000.00 |
| Account No. | | | unknown corp real estate | | | | |
| Sean Moncrief 2217 Grant Ave. #C Redondo Beach, CA 90278 | X | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | unknown corp real estate | | | | |
| Shane Fusselman 2611 Bristol Street Omaha, NE 68111 | X | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | unknown corp real estate | | | | |
| Sharlayne Maloney 3404 American Drive #2100 Lago Vista, TX 78645 | X | | | X | X | X | |
| | | | | | | | Unknown |

Sheet no. __53__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                             ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxx3096 | | - | | 07/22/11 Medical Services | | | | |
| Sherman Hospital 1425 North Randall Road Elgin, IL 60123 | | | | | | | | 426.92 |
| Account No. | X | | | unknown corp real estate | X | X | X | |
| Smita Shah 4170 Portage Lane Hoffman Estates, IL 60192 | | | | | | | | Unknown |
| Account No. | X | | | unknown corp real estate | X | X | X | |
| Sonja Lavitt 26701 Quail Creek #148 Laguna Hills, CA 92506 | | | | | | | | Unknown |
| Account No. x.x7E+15 | | - | | Opened  4/23/07  Last Active  8/06/07 ChargeAccount | | | | |
| Splash Card/WFFNB Attn: Bankruptcy P.O. Box 10475 Des Moines, IA 50306 | | | | | | | | 0.00 |
| Account No. | X | - | | MICHAEL FRANKS HOLDINGS CREDITOR LIST - AS OF MAY 2011 | X | | X | |
| SPS (Oakwood) PO BOX 65450 Attn: Remittance Processing Salt Lake City, UT 84165-0450 | | | | | | | | Unknown |

Sheet no. __54__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

426.92

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael A. Morawski**                              , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Kane county 2010 L 754** <br><br> **Stanley Rozycki** <br> **12 Harvard Lane** <br> **Hawthorn Woods, IL 60047** | X | | Judgment 4-12-11 <br> **corp real estate transactions various entities and Investor in Structure Equities Fund, LLC. Structured Creditor List August 2011.** | | | | 819,721.27 |
| Account No. <br><br> **Steve Becker** <br> **24 Twickenham Court** <br> **Algonquin, IL 60102** | X | | **unknown** <br> **corp real estate** | X | X | X | Unknown |
| Account No. <br><br> **Steve Cohen** <br> **P.O. Box 423** <br> **Batavia, IL 60510** | X | | **unknown** <br> **corp real estate** | X | X | X | Unknown |
| Account No. <br><br> **Steve Pahos** <br> **427 Ruby Street** <br> **Clarandon Hills, IL 60514** | X | | **unknown** <br> **corp real estate** | X | X | X | Unknown |
| Account No. <br><br> **Steve Ramelot** <br> **3282 Devon Circle** <br> **Huntington Beach, CA 92649** | X | | **unknown** <br> **corp real estate** | X | X | X | Unknown |

Sheet no. __55__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

819,721.27

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                      ,      Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | unknown corp real estate | | | | |
| Steven Sullivan 1128 Westview Drive Elk Grove Village, IL 60007 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Steven Wann 26101 Via Pastoral San Juan Capistrano, CA 92675 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Sue Hunter 2130 Main Street Suite 150 Huntington Beach, CA 92648-6441 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Sue Schwegler 11152 S. Heggs Rd. Plainfied, IL 60585 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Susan Kraujalis 1660 Dennison Hoffman Estates, IL 60192 | X | | | | X | X | X | Unknown |

Sheet no. __56__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                      , Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | unknown corp real estate | | | | |
| Susan Tramel 9756 La Amapola Fountain Valley, CA 92708 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Tami Dennis 17762 Paseo Circle, Unit B Huntington Beach, CA 92647 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Terry Reber 7 Union Hall Court Baltimore, MD 21228 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Theresa Danze 1610 S. 48th St. Omaha, NE 68106 | X | | | | X | X | X | Unknown |
| Account No. | | | | unknown corp real estate | | | | |
| Theresa Holmes 10220 Browns Mill Road Vienna, VA 22182 | X | | | | X | X | X | Unknown |

Sheet no. __57__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                        Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Structured Equities Fund, LLC** <br><br> **Thomas and Corelei Codak** <br> **230 Duane #1E** <br> **Glen Ellyn, IL 60137** | - | | | **2010** <br> **Investor in Structure Equities Fund, LLC.** <br> **See Creditor List August 2011** | | X | | **25,000.00** |
| Account No. <br><br> **Thomas Codak** <br> **230 Duane #1E** <br> **Glen Ellyn, IL 60137** | X | | | **unknown** <br> **corp real estate - Michael Franks, LLC** | X | X | X | **Unknown** |
| Account No. <br><br> **Tim Staudacher** <br> **4140 Prairie Crossing Dr.** <br> **St. Charles, IL 60175** | X | | | **unknown** <br> **corp real estate** | X | X | X | **Unknown** |
| Account No. <br><br> **Timothy Martin** <br> **6941 Nyanza Dr.** <br> **Huntington Beach, CA 92647** | X | | | **unknown** <br> **corp real estate** | X | X | X | **Unknown** |
| Account No. <br><br> **Tom Driver** <br> **13152 S. Cicero, #152** <br> **Crestwood, IL 60445** | X | | | **unknown** <br> **corp real estate** | X | X | X | **Unknown** |

Sheet no. __**58**__ of __**62**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **25,000.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael A. Morawski**                                          ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Tony Lavalle** <br> **319 S. Harrison Court** <br> **Palatine, IL 60067** | X | | unknown <br> corp real estate | X | X | X | Unknown |
| Account No. <br><br> **Tony Lombardo** <br> **401 E. Prospect Ave.,  #113** <br> **Mount Prospect, IL 60056** | X | | unknown <br> corp real estate | X | X | X | Unknown |
| Account No. <br><br> **Trevor Toppen** <br> **806 Clinton Place** <br> **River Forest, IL 60305** | X | | unknown <br> corp real estate | X | X | X | Unknown |
| Account No. <br><br> **Unknown Party** <br> **555 12th Street, Suite 1250** <br> **Oakland, CA 94607** | X | | unknown <br> corp real estate | X | X | X | Unknown |
| Account No. <br><br> **Unknown Party** <br> **PO Box 173859** <br> **Denver, CO 80217** | X | | unknown <br> corp real estate | X | X | X | Unknown |

Sheet no. __59__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Unknown Party**<br>**217 S. 122nd St.**<br>**Omaha, NE 68154** | X | | | **unknown**<br>**corp real estate** | X | X | X | **Unknown** |
| Account No.<br><br>**Unknown Party**<br>**9444 Double R Blvd. Suite A**<br>**Reno, NV 89521** | X | | | **unknown**<br>**corp real estate** | X | X | X | **Unknown** |
| Account No.<br><br>**Unknown Party**<br>**Hillside Drive, Bldg B**<br>**Mequite, NV 89027** | X | | | **unknown**<br>**corp real estate** | X | X | X | **Unknown** |
| Account No.<br><br>**US BANK (Plumleigh)**<br>**PO BOX 20005**<br>**Attn: Payment Processing**<br>**Owensboro, KY 42304-0005** | X | - | | **MICHAEL FRANKS HOLDINGS CREDITOR LIST - AS OF MAY 2011** | X | | X | **Unknown** |
| Account No.<br><br>**Village of Algonquin**<br>**2200 Harnish Drive**<br>**Algonquin, IL 60102-5995** | | - | | **MICHAEL FRANKS HOLDINGS CREDITOR LIST - AS OF MAY 2011** | X | | X | **Unknown** |

Sheet no. __60__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael A. Morawski**                                     ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Village of Streamwood**<br>**301 E. Irving Park Road**<br>**Streamwood, IL 60107** | - | | | **MICHAEL FRANKS HOLDINGS CREDITOR LIST - AS OF MAY 2011** | X | | X | **Unknown** |
| Account No.<br><br>**Vincente Cabansag**<br>**219 Vinewood**<br>**Sturgis, MI 49091** | X | | | **unknown**<br>**corp real estate** | X | X | X | **Unknown** |
| Account No.<br><br>**Walter Straus**<br>**1922 Seward**<br>**Evanston, IL 60202** | X | | | **unknown**<br>**corp real estate** | X | X | X | **Unknown** |
| Account No.<br><br>**Warren Schumacher**<br>**36219 Falcon Dr.**<br>**Ingleside, IL 60041** | X | | | **unknown**<br>**corp real estate** | X | X | X | **Unknown** |
| Account No.<br><br>**Wayne Aberly**<br>**436 S. Warren Avenue**<br>**Palatine, IL 60074** | X | | | **unknown**<br>**corp real estate** | X | X | X | **Unknown** |

Sheet no. __61__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael A. Morawski**                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Malloy Family Trust**<br><br>**William Malloy**<br>**2300 Oakmont Way**<br>**Suite 402**<br>**Darien, IL 60561** | - | | | | **2010**<br>**Investor in Structure Equities Fund, LLC.**<br>**See Creditor List August 2011** | | X | | **85,000.00** |
| Account No.<br><br>**Willie Soto**<br>**6745 S. Washington Ave**<br>**PO Box 111**<br>**Whittier, CA 90601** | X | | | | **unknown**<br>**corp real estate** | X | X | X | **Unknown** |
| Account No.<br><br>**Yakub Patel**<br>**839 Turtle Creek Court**<br>**Naperville, IL 60565** | X | | | | **unknown**<br>**corp real estate** | X | X | X | **Unknown** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __**62**__ of __**62**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **85,000.00** |
| | Total<br>(Report on Summary of Schedules) | **2,597,944.59** |

B6G (Official Form 6G) (12/07)

In re    **Michael A. Morawski**                                                    ,     Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Michael A. Morawski**                                              Case No. _____
                                    Debtor(s)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight years immediately preceding the commencement of this case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Frank H. Constant**<br>**2223 Smalley Crt.**<br>**West Dundee, IL 60118**<br>**co-principal in Michael Franks, LLC** | **Assurance Property Management, Inc.**<br>**c/o Commercial Recovery Associates**<br>**205 W. Wacker Drive**<br>**Chicago, IL 60606** |
| **Jennifer Morawski**<br>**927 Acorn Drive**<br>**Dundee, IL 60118**<br>**co-debtor on Club dues/fees** | **Elgin Country Club**<br>**2575 Weld Rd**<br>**Elgin, IL**<br>**alleged dues/fees for country club membership** |
| **Jennifer Morawski**<br>**927 Acorn Drive**<br>**Dundee, IL 60118**<br>**California Timeshare Property.** | **Marriott**<br>**PO Box 8038**<br>**Lakeland, FL 33802** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Adam Rich**<br>**PO Box 469**<br>**Seward, NE 68434** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Alan Maxon**<br>**19042 Tanglewood Lane**<br>**Huntington Beach, CA 92647** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Alan Wolan**<br>**1458 Lorilyn Lane**<br>**Northbrook, IL 60062** |

Sheet  1 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re    **Michael A. Morawski**                                                    Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Alexander and Galina Gorokhovsky**<br>**878 Swan Lane**<br>**Deerfield, IL 60015** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Alison Koy**<br>**8855 N. Lamon Ave.**<br>**Skokie, IL 60077** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Anchor Companies**<br>**8 East Long Street**<br>**3rd Floor**<br>**Columbus, OH 43215** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Andrea Reid**<br>**601 Pennsylvania Ave. NW, #1208**<br>**Washington, DC 20004** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Andrew Vass**<br>**2876 Crabtree Lane**<br>**Northbrook, IL 60062** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Andrew Paulson**<br>**5058 N Kimball Unit 2**<br>**Chicago, IL 60625** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Andy Wong**<br>**1969 Scott Lane**<br>**Los Altos, CA 94024** |

Sheet  2 of 36 total sheets in Schedule of Codebtors

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6H (Official Form 6H)  (12/07) - cont.

In re **Michael A. Morawski**                              Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Annamaria Feher<br>341 Woodlyn Drive<br>Aurora, IL 60505 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>MMichael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Annie Strickland<br>1011 Churchill Drive<br>Bolingbrook, IL 60440 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Aragon Condo Assoc<br>PO Box 4346<br>Carol Stream, IL 60197 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Archie Barrett<br>112 Westbury Lane<br>Georgetown, TX 78633 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Armineh Ghevian<br>411 N. Central Ave.<br>Glendale, CA 91203 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | ASAP Appliance Service<br>8535 Cedar St<br>Fox Lake, IL 60020 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | ASC (Grand)<br>PO Box 1820<br>Newark, NJ 07101-1820 |

Sheet  3 of 36 total sheets in Schedule of Codebtors

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6H (Official Form 6H) (12/07) - cont.

In re **Michael A. Morawski**                                                                      Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Assurance Property Management, Inc.<br>c/o Commercial Recovery Associates<br>205 W. Wacker Drive<br>Chicago, IL 60606 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Aurora Loan Services (Brookdale)<br>PO Box 5180<br>Attn: Cashiering<br>Denver, CO 80217-5180 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Aurora Loan Services (Cunat 2nd)<br>PO Box 5180<br>Denver, CO 80217-5180 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | BAC Home Loans Servicing, LP<br>PO BOX 650070<br>Dallas, TX 75265-0070 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | BAC Home Loans Servicing, LP (Piece<br>PO Box 6006<br>The Lakes, NV 88901 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | BAC Home Loans Servicing, LP (Washi<br>PO Box 6006<br>The Lakes, NV 88901 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Barb Ostapina Maggio<br>5492 Half Round Road<br>Oswego, IL 60543 |

Sheet  4 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **Michael A. Morawski**                                          Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Barbara Roman**<br>**855 Lake St.,f #504**<br>**Oak Park, IL 60301** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Barnes Clark**<br>**5406 South Hill Drive**<br>**Madison, WI 53705** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Bernard Hildebrand**<br>**1714 N. 36th Ave.**<br>**Stone Park, IL 60165** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Bill Deery**<br>**1201 S. Ocean Dr. #1707 N**<br>**Hollywood, FL 33019** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Bill Parr**<br>**4502 Walnut Street**<br>**Omaha, NE 68106** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Bob Bivin**<br>**1805 Golden Gate Lane**<br>**Naperville, IL 60563** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Bob Niels**<br>**3 N 545 Freeland Road**<br>**Maple Park, IL 60151** |

Sheet  5 of 36 total sheets in Schedule of Codebtors

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07) - cont.

In re   **Michael A. Morawski**                                                      Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Brad Clark**<br>**2691 Providence Ave**<br>**Aurora, IL 60503** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Brad Fritschle**<br>**1086 Bob-O-Link Road**<br>**Highland Park, IL 60035** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Brandon Rich**<br>**217 S. 122 Street**<br>**Omaha, NE 68154** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Brian Cutshall**<br>**804 N. Euclid Ave.**<br>**Bay City, MI 48706** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Brian Johnson**<br>**1010 E. Olive Street**<br>**Arlington Heights, IL 60004** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Brian Katzung**<br>**2785 Grace Road**<br>**Northbrook, IL 60062-3309** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Brian Krasavage**<br>**116 Lorraine Dr.**<br>**Lake Zurich, IL 60047** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Brian Person**<br>**767 Pear Ave.**<br>**Sunny Vale, CA 94087** |

Sheet  6 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **Michael A. Morawski**                                                                           Case No. _____

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Bruce Kelley**<br>**7082 Little Harbor Drive**<br>**Huntington Beach, CA 92648** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Bryan Penton**<br>**1405 Chalfont Dr.**<br>**Schaumburg, IL 60193** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Carl and Gail Burger**<br>**P.O. Box 725**<br>**Wauconda, IL 60084** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Carol Johnson**<br>**329 W. Rae Drive**<br>**Munford, TN 38058** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Cassio Tanikawa**<br>**17 Mariposa**<br>**Irvine, CA 92604** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Cenlar Central Loan Admin Reporting**<br>**PO Box 11733**<br>**Newark, NJ 07101-4733** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Chad Cutshall**<br>**1832 Thornapple Way**<br>**Aurora, IL 60504** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Charles Frey**<br>**11320 Aberdeen**<br>**Belvidere, IL 61008** |

Sheet  7 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **Michael A. Morawski**                                                                    Case No. _____

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Charles Wu**<br>**9488 Mammoth Drive**<br>**Reno, NV 89521** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Citibank Sd, Na**<br>**Attn: Centralized Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64195** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Citimortgage**<br>**PO Box 183040**<br>**Columbus, OH 43218-3040** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **City of Chicago**<br>**Department of Streets and Sanitatio**<br>**121 N. LaSalle Street #700**<br>**Chicago, IL 60602** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **City of Rolling Meadows**<br>**3600 Kirchoff Road**<br>**Rolling Meadows, IL 60008** |

Sheet  8 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **Michael A. Morawski**                                                    Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Comcast**<br>**PO Box 3005**<br>**Southeastern, PA 19398-3005** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Connie Mumm**<br>**304 Hyland Avenue**<br>**Tomah, WI 54660** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Corina Radu**<br>**356 North Run Glen**<br>**Elmhurst, IL 60126** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Craig Tanaguchi**<br>**c/o Doevlet Family Trust**<br>**2150 Hathaway Ave**<br>**Westlake Village, CA 91362** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Curtis Deufel**<br>**1805 S. Kingsway Dr.**<br>**Aurora, IL 60506** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Dale Horn**<br>**42 Parkview**<br>**Hawthorn Woods, IL 60047** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Dan Hickey**<br>**1060 Noelle Bend**<br>**Lake In The Hills, IL 60156** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Darrell Walsh**<br>**141 Course Drive**<br>**Lake In The Hills, IL 60156** |

Sheet  9 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re    **Michael A. Morawski**                                                    Case No. _____

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | David Benjamin<br>221 Tanoak Lane<br>Naperville, IL 60540 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | David Galati<br>1184 Beechtree Lane<br>Bartlett, IL 60103 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | David Heidekrueger<br>3646 W. 58th Place<br>Chicago, IL 60629 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | David Humphrey<br>26 W 163 Jerome Avenue<br>Wheaton, IL 60187 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | David Lewis<br>16731 Dale Vista Lane<br>Huntington Beach, CA 92647 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | David Martens<br>1239 Dartmouth Dr.<br>Waunakee, WI 53597 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | David Nieto<br>10714 Berry Plaza<br>Omaha, NE 68127 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Dean Kaus<br>740 6th Avenue<br>Aurora, IL 60505 |

Sheet 10 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **Michael A. Morawski**                                                    Case No.  _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Debbie Levitan**<br>**2220 Greenleaf St.**<br>**Evanston, IL 60202** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Debra Rorex**<br>**11600 Warner Ave., #634**<br>**Fountain Valley, CA 92708** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Dennis Blitz**<br>**1000 Lake Shore Plaza, Apt 36 C**<br>**Chicago, IL 60601** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Dennis Clark**<br>**1S610 Verdun Drive**<br>**Winfield, IL 60190** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Dennis Keating**<br>**29823 Oak Meadow Dr.**<br>**Kingston, IL 60145** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Devra Barnes-Crivello**<br>**7691 Park Field Circle**<br>**Huntington Beach, CA 92648** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Diane Costello**<br>**12 E. Maple Ave, Unit 4**<br>**Merchantville, NJ 08109** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Dick Vock**<br>**706 Forest View**<br>**Verona, WI 53593** |

Sheet 11 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re    **Michael A. Morawski**                                                    Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Dolly Nugent**<br>**14748 Tennessee Court**<br>**Fontana, CA 92336** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Don Crockett**<br>**2070 Shepard Road**<br>**Hoffman Estates, IL 60169** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Don Fountain**<br>**26113 Oakcrest Lane**<br>**Plainfield, IL 60585** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Don Motyka**<br>**369 Cherry Valley Rd.**<br>**Vernon Hills, IL 60061** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Ed Weinewuth**<br>**350 Countryside Dr.**<br>**Roselle, IL 60172** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Eli Dysangco**<br>**500 Cherry Street**<br>**Sturgis, MI 49091** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Elizabeth Irwin**<br>**7101 W. Martell Rd.**<br>**Martell, NE 68404** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **EMC (Navajo 1st)**<br>**PO Box 293150**<br>**Lewisville, TX 75029-3150** |

Sheet 12 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **Michael A. Morawski**                                                    Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **EMC (Navajo 2d)**<br>PO Box 293150<br>Lewisville, TX 75029-3150 |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Eric Lucik**<br>116 E. Michigan Rd.<br>New Lenox, IL 60451 |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Eric Marcus**<br>3107 N. Damen Ave.<br>Chicago, IL 60618 |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Erik Tweten**<br>2046 Ruttan Court<br>West Fargo, ND 58078-4250 |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Everett James**<br>820 Elder Road, Unit 411<br>Homewood, IL 60430 |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Ewa Blizniak**<br>1365 Huntington Dr.<br>Mundelein, IL 60060 |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Firstar**<br>c/o US Bank Bankruptcy Dept<br>Po Box 5229<br>Cincinnati, OH 45201 |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Firstar**<br>c/o US Bank Bankruptcy Dept<br>Po Box 5229<br>Cincinnati, OH 45201 |

Sheet 13 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re    **Michael A. Morawski**                                                    Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Forrest Vollrath**<br>**26 Franklin Ave.**<br>**River Forest, IL 60635** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Frank and Diana Kappes**<br>**34 Honey Locust**<br>**Littleton, CO 80127** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Frank H. Constant**<br>**2223 Smalley Crt.**<br>**West Dundee, IL 60118** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Fredric & Barbara Bunge**<br>**8 Vale Rd**<br>**West Chicago, IL 60185** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Gail Santroch**<br>**625 Clover Hill Lane**<br>**Elk Grove Village, IL 60007** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Garland Labat**<br>**336 New Mills Court**<br>**Schaumburg, IL 60193** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Garry Gruhn**<br>**353 Main St.**<br>**Box 309**<br>**Manilla, IA 51454** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Gary Neske**<br>**20671 Sandpiper**<br>**Huntington Beach, CA 92646** |

Sheet 14 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **Michael A. Morawski**                                              Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Gary Parmenter**<br>**11125 Regency Drive**<br>**Westchester, IL 60154** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Gary Ritter**<br>**330 N. Catherine Ave.**<br>**La Grange Park, IL 60526** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **George Staat**<br>**6462 Cherokee Drive**<br>**Indian Head Park, IL 60525** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Gerilynn Berg**<br>**2438 Hill St.**<br>**Santa Monica, CA 90405** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Gina Anson**<br>**798 N. Elmwood Street**<br>**Orange, CA 92867** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **GMAC Mortgage LLC**<br>**100 Witmer Road**<br>**Horsham, PA 19044-0963** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Gregg Raupp**<br>**P.O. Box 1393**<br>**Madison, WI 53701** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Guy Lofts**<br>**6724 Horseshoe Bend**<br>**Verona, WI 53593** |

Sheet 15 of 36 total sheets in Schedule of Codebtors

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07) - cont.

In re    **Michael A. Morawski**                                              Case No. _____

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Henry Wu<br>23 Sherwood Rd.<br>Edison, NJ 08820 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Howard Wilson<br>6620 Waning Moon Way<br>Columbia, MD 21045 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Howe Real Estate Services<br>333 E. Jackson Street<br>Woodstock, IL 60098 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Inland (Mayfield 2d)<br>2901 Butterfield Rd<br>Oak Brook, IL 60523 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Inland (Mayfield)<br>2225 South Wolf Rd<br>Hillside, IL 60162 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Inland Condo Investors Loan Corp<br>2901 Butterfield Road<br>Oak Brook, IL 60523 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Ira Daar<br>6002 Nahal Drive<br>Frederick, MD 21702 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Jackie Sip<br>11787 253rd St.<br>Council Bluffs, IA 51503 |

Sheet 16 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re    **Michael A. Morawski**                                                                                                  Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **James Coli**<br>**10593 Beech Creek**<br>**Las Vegas, NV 89141** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **James Smith**<br>**4245 Oak Knoll Lane**<br>**Hoffman Estates, IL 60192** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Jason Rich**<br>**217 S. 122 Street**<br>**Omaha, NE 68154** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Jeff Stauffacher**<br>**22 Black Stone Circle**<br>**Madison, WI 53719-5114** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Jeff Winterburg**<br>**917 Doral Drive**<br>**Bartlett, IL 60103** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Jeffrey Buffo**<br>**1054 Frog Leap Trail**<br>**Kennesaw, GA 30152** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Jennifer Mellone**<br>**16965 Ruby Lane**<br>**Brookfield, WI 53005** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Jennifer Schuerger**<br>**786 S. Ridgeview Rd.**<br>**Anaheim Hills, CA 92807** |

Sheet 17 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **Michael A. Morawski**                                              Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC** **800 E. Northwest Highway** **Suite 200** **Palatine, IL 60074** **Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Jerry Trousdale** **825 S. Dunton** **Arlington Heights, IL 60005** |
| **Michael Franks, LLC** **800 E. Northwest Highway** **Suite 200** **Palatine, IL 60074** **Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Jessica Cobb** **542 Littleton Trail** **Elgin, IL 60120** |
| **Michael Franks, LLC** **800 E. Northwest Highway** **Suite 200** **Palatine, IL 60074** **Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Jim Kourpas** **3355 Beaufort Drive** **Bethlehem, PA 18017** |
| **Michael Franks, LLC** **800 E. Northwest Highway** **Suite 200** **Palatine, IL 60074** **Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Jim Ventrone** **22200 Honey Ridge Court** **Kildeer, IL 60047** |
| **Michael Franks, LLC** **800 E. Northwest Highway** **Suite 200** **Palatine, IL 60074** **Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **John Klingelhoets** **4714 Rothman Place** **Monona, WI 53716** |
| **Michael Franks, LLC** **800 E. Northwest Highway** **Suite 200** **Palatine, IL 60074** **Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **John Sweeney** **921 Middleton Street** **La Habra, CA 90631** |
| **Michael Franks, LLC** **800 E. Northwest Highway** **Suite 200** **Palatine, IL 60074** **Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Jon Birschbach** **4308 Hilltop Circle** **Middleton, WI 53562** |
| **Michael Franks, LLC** **800 E. Northwest Highway** **Suite 200** **Palatine, IL 60074** **Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Joyce Wixson** **106 W. Hickory St.** **Hinsdale, IL 60521** |

Sheet 18 of 36 total sheets in Schedule of Codebtors

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07) - cont.

In re **Michael A. Morawski**                                    Case No. _____

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Judith Mahlkuch**<br>**1019 Barber Drive**<br>**Stoughton, WI 53589** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Julie Burger**<br>**2501 Wisconsin Ave NW Unit 309**<br>**Washington, DC 20007** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Karen Funk**<br>**1811 Ranch View Dr.**<br>**Naperville, IL 60565** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Karen Greco**<br>**5407 Commonwealth Ave**<br>**Western Springs, IL 60558** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Karla Nurczyk**<br>**619 Oakley Avenue**<br>**Joliet, IL 60436** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Kate Heilessen**<br>**1314 2nd Ave. North**<br>**Denison, IA 51442** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Kate Wolf**<br>**1377 Ferndale Ave.**<br>**Highland Park, IL 60035** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Kathleen Kramer**<br>**19051 Goldenwest Street**<br>**#106-307**<br>**Huntington Beach, CA 92648** |

Sheet 19 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re    **Michael A. Morawski**                                                                                    Case No. _____

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Kathryn Belda<br>129 S Windham Lane<br>Bloomingdale, IL 60108 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Kaye Abolins<br>3007 Naak Dr.<br>Belvidere, IL 61008 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Keith Addison<br>Kemman Road<br>Hebron, IL 60034 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Keith Hengler<br>1723 Kim Ave.<br>Mount Prospect, IL 60056 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Kelly White<br>1804 Capital Parkway, Unit  24<br>Austin, TX 78746 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Ken Kowall<br>3930 Bordeau Dr.<br>Hoffman Estates, IL 60195 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Ken Rolf<br>3916 N. 208th Street<br>Elkhorn, NE 68022 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Kenneth Radtke<br>17713 O'Cock Road<br>Union, IL 60180 |

Sheet 20 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **Michael A. Morawski**                                    Case No. _____

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Kevin Reich**<br>**6100 Oakmont Lane**<br>**Gurnee, IL 60031** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Krisstina Wise**<br>**1801 S. Mopac Expressway**<br>**Suite 100**<br>**Austin, TX 78746** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Kyle Ngo**<br>**622 Walnut Avenue**<br>**Arcadia, CA 91007** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Larry Greenberg**<br>**9727 Gross Point Road**<br>**Skokie, IL 60076** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Larry Weiner**<br>**1322 N Peachtree Lane**<br>**Mt. Prospect, IL 60056** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Laura Neurauter**<br>**3851 W. 226th St. #110**<br>**Torrance, CA 90505** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Linda Bodnar**<br>**1618 E. LaSalle**<br>**South Bend, IN 46617** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Lisa Danze**<br>**1610 S. 48th St.**<br>**Omaha, NE 27106** |

Sheet 21 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **Michael A. Morawski**                                                                    Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Lisa Kleiner<br>100 Sebastian Dr.<br>Hunstville, AL 35811 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Lorelei Kepler<br>196 Coral Road<br>Islamorada, FL 33036 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Marcia Murray<br>612 N  81st Street<br>Lincoln, NE 68505 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Maria Triantos<br>1344 Newcastle Lane<br>Bartlett, IL 60103 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Mark Gorski<br>10135 Dunhill Dr.<br>Huntley, IL 60142 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Mark Gruhn<br>300 Sundown Drive, Apt. 34<br>Glidden, IA 51443 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Mark Muehlhausen<br>531 Merlin Drive<br>Schaumburg, IL 60193 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Mary Frisone<br>708 Littleton Trail<br>Elgin, IL 60120 |

Sheet 22 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H)  (12/07) - cont.

In re    **Michael A. Morawski**                                          Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Mary Kay Riordan**<br>**216 N. Gary Avenue**<br>**Wheaton, IL 60187** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Mary Neuling**<br>**19241 N. 6th St.**<br>**Phoenix, AZ 85024** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Matthew Costello**<br>**2314 Kendall Avenue**<br>**Madison, WI 53726** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Maxine Horowitz**<br>**55 W. Delaware Place #610**<br>**Chicago, IL 60610** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Megan Garrity**<br>**1051 W. Pratt Blvd, Unit 1B**<br>**Chicago, IL 60626** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Melvin Vellenga**<br>**574 Peneg Pine Parkway**<br>**Bartlett, IL 60103** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Mercedes Hernandez**<br>**3646 W 58th Place**<br>**Chicago, IL 60629** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Michael Cassman**<br>**P.O. Box 4727**<br>**Chicago, IL 60680** |

Sheet 23 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re __Michael A. Morawski__                  Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Michael Kranz<br>774 Spring Island Way<br>Orlando, FL 32828 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Michael LaFargue<br>9327 S. Michigan Ave.<br>Chicago, IL 60619 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Michael Morgan<br>1934 Knollwood Lane<br>Los Altos, CA 94024 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Michael Pisarcik<br>1429 Calcutta Lane<br>Naperville, IL 60563 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Michael Pisto<br>632 W Potter Street<br>Wood Dale, IL 60191 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Michael Skerrett<br>4703 Stonewall<br>Downers Grove, IL 60515 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Michael Smedes<br>12112 Horseback Hollow Court<br>Austin, TX 78732 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal<br>guarantee from Mr. Morawski on debt instrument. | Mike Kendig<br>4210 S Granby Way #B<br>Aurora, CO 80014 |

Sheet 24 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **Michael A. Morawski**                                    Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Mike Meier**<br>**P.O. Box 596**<br>**Mt. Prospect, IL 60056** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Mike Quoss**<br>**205 W Eugenie**<br>**Chicago, IL 60614** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Millicent Fritschle**<br>**1798 Brush Hill Lane**<br>**Glenview, IL 60025** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Mohamed Abbasi**<br>**215 Pinehurst Ave.**<br>**Des Plaines, IL 60016** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Nancy Thunberg**<br>**917 Doral Drive**<br>**Bartlett, IL 60103** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Neal Heimbecker**<br>**808 HIckory**<br>**Woodstock, IL 60098** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Neha Shah**<br>**4170 Portage Lane**<br>**Hoffman Estates, IL 60192** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Nicole Pavisic**<br>**1301 W. Madison #618**<br>**Chicago, IL 60607** |

Sheet 25 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re  **Michael A. Morawski**                                    Case No. _____

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | North American Savings Bank<br>PO Box 808002<br>Kansas City, MO 64180-8002 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Nyle Gruhn<br>Box 309, 353 Main St.<br>Manilla, IA 51454 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | OCWEN<br>PO BOX 6440<br>Carol Stream, IL 60197-6440 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Orkin Pest Control<br>1035 Putman Drive NW<br>Ste F<br>Huntsville, AL 35816 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Parkway Bank & Trust<br>4800 N. Harlem Ave<br>Harwood Heights, IL 60706 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Patricia Lucero<br>5100 Via Dolce, #205<br>Marina Del Rey, CA 90292 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Patrick Gysel<br>5020 Stuhrburg<br>Brighton, MI 48114 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Patty Finger<br>358 Army Trail Rd<br>#140-2<br>Bloomingdale, IL 60108 |

Sheet 26 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re    **Michael A. Morawski**                                                              Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Paul Fiorello**<br>**7225 Colony Dr.**<br>**Madison, WI 53717** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Peter Kime**<br>**814 Dobson #3W**<br>**Evanston, IL 60202** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Philip Rich**<br>**217 S. 122nd St.**<br>**Omaha, NE 68154** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Pinnacle Credit Serivc**<br>**Po Box 640**<br>**Hopkins, MN 55343** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Qiu Min Ji**<br>**2809 Embers Lane**<br>**Arlington Heights, IL 60005** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Rachelle Alanis**<br>**8062 Terraza Court**<br>**Riverside, CA 92508** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Ralph Buffo**<br>**3200 N. Leisure World Blvd., #2**<br>**Silver Spring, MD 20906** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Randall Johnson**<br>**244 North Trail**<br>**Hawthorn Woods, IL 60047** |

Sheet 27 of 36 total sheets in Schedule of Codebtors

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07) - cont.

In re   **Michael A. Morawski**                                                    Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Randy Urban**<br>**736 Cunningham Dr.**<br>**Palatine, IL 60067** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Randy Walker**<br>**321 Wickham Dr.**<br>**Schaumburg, IL 60193** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Raymond Truitt**<br>**21720 W. Long Grove Rd., Ste. #210**<br>**Deer Park, IL 60010** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Rea Santroch**<br>**625 Clover Hill Lane**<br>**Elk Grove Village, IL 60007** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Rhonda Saslawsky**<br>**1295 Heron Oaks Cove**<br>**Memphis, TN 38120** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Richard Cannavino**<br>**1131 Thackery Lane**<br>**Naperville, IL 60564** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Richard Ralph**<br>**4833 Stanley Ave.**<br>**Downers Grove, IL 60515** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Rob Boedecker**<br>**21441 Greenwood Dr.**<br>**Kildeer, IL 60047** |

Sheet 28 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **Michael A. Morawski**                                                        Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Robert Eaton<br>1800 Huntington Blvd. #303<br>Hoffman Estates, IL 60169 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Robert Fuller<br>6025 Ridge Court<br>Lisle, IL 60532-3165 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Robert Gall<br>1281 Darlington Court<br>Hoffman Estates, IL 60194 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Robert Johnson<br>1542 Plainfield Road<br>Oswego, IL 60543 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Robert Marti<br>1323 N. Pine Ave.<br>Arlington Heights, IL 60004 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Robert Martin<br>109 Cedarbrook Rd.<br>Naperville, IL 60565 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Robert Wright<br>140th Street<br>St. Clarinda, IA 51632 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Robin & John Mauro<br>333 Woodside Drive<br>Bloomingdale, IL 60108 |

Sheet 29 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **Michael A. Morawski**                                                    Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Robin Zell**<br>**467 Taubert Avenue**<br>**Batavia, IL 60510** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Rodney Johnson**<br>**1390 Westbourn Parkway**<br>**Algonquin, IL 60102** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Roger Anderson**<br>**450 Garcia Drive**<br>**Hemet, CA 92545** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Ronald Garrity**<br>**438 Bernadette Lane**<br>**Batavia, IL 60510** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Roy Hildebrand**<br>**1660 Dennison Rd.**<br>**Hoffman Estates, IL 60169** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Russ DiOrio**<br>**221 Oak Street**<br>**Elmhurst, IL 60126** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Ryan Engle**<br>**2379 N. Wayne**<br>**Chicago, IL 60614** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Sally Cevasco**<br>**260 Wakely Terrace**<br>**Bel Air, MD 21014** |

Sheet 30 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **Michael A. Morawski**                                        Case No.   _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Sandra Ferguson**<br>**901 E. Kaibab Trail Drive**<br>**Meridian, ID 83646** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Sandra Merrick**<br>**17531 Troyer Rd.**<br>**White Hall, MD 21161** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Sarah Taggart, P.C.**<br>**120 Holmes Ave**<br>**Suite B100**<br>**Huntsville, AL 35801** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Sean Moncrief**<br>**2217 Grant Ave. #C**<br>**Redondo Beach, CA 90278** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Shane Fusselman**<br>**2611 Bristol Street**<br>**Omaha, NE 68111** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Sharlayne Maloney**<br>**3404 American Drive  #2100**<br>**Lago Vista, TX 78645** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Smita Shah**<br>**4170 Portage Lane**<br>**Hoffman Estates, IL 60192** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Sonja Lavitt**<br>**26701 Quail Creek #148**<br>**Laguna Hills, CA 92506** |

Sheet 31 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **Michael A. Morawski**                                                    Case No. _____

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **SPS (Oakwood)**<br>**PO BOX 65450**<br>**Attn: Remittance Processing**<br>**Salt Lake City, UT 84165-0450** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Stanley Rozycki**<br>**12 Harvard Lane**<br>**Hawthorn Woods, IL 60047** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Steve Becker**<br>**24 Twickenham Court**<br>**Algonquin, IL 60102** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Steve Cohen**<br>**P.O. Box 423**<br>**Batavia, IL 60510** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Steve Pahos**<br>**427 Ruby Street**<br>**Clarandon Hills, IL 60514** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Steve Ramelot**<br>**3282 Devon Circle**<br>**Huntington Beach, CA 92649** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Steven Sullivan**<br>**1128 Westview Drive**<br>**Elk Grove Village, IL 60007** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Steven Wann**<br>**26101 Via Pastoral**<br>**San Juan Capistrano, CA 92675** |

Sheet 32 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **Michael A. Morawski**

Case No. _____

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Sue Hunter<br>2130 Main Street<br>Suite 150<br>Huntington Beach, CA 92648-6441 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Sue Schwegler<br>11152 S. Heggs Rd.<br>Plainfied, IL 60585 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Susan Kraujalis<br>1660 Dennison<br>Hoffman Estates, IL 60192 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Susan Tramel<br>9756 La Amapola<br>Fountain Valley, CA 92708 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Tami Dennis<br>17762 Paseo Circle, Unit B<br>Huntington Beach, CA 92647 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Terry Reber<br>7 Union Hall Court<br>Baltimore, MD 21228 |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | The Lawrence J. & Phyllis Deovlet<br>Family Trust |
| Michael Franks, LLC<br>800 E. Northwest Highway<br>Suite 200<br>Palatine, IL 60074<br>Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument. | Theresa Danze<br>1610 S. 48th St.<br>Omaha, NE 68106 |

Sheet 33 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **Michael A. Morawski**                                              Case No. _____

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Theresa Holmes**<br>**10220 Browns Mill Road**<br>**Vienna, VA 22182** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Thomas Codak**<br>**230 Duane #1E**<br>**Glen Ellyn, IL 60137** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Tim Staudacher**<br>**4140 Prairie Crossing Dr.**<br>**St. Charles, IL 60175** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Timothy Martin**<br>**6941 Nyanza Dr.**<br>**Huntington Beach, CA 92647** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Tom Driver**<br>**13152 S. Cicero, #152**<br>**Crestwood, IL 60445** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Tony Lavalle**<br>**319 S. Harrison Court**<br>**Palatine, IL 60067** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Tony Lombardo**<br>**401 E. Prospect Ave.,  #113**<br>**Mount Prospect, IL 60056** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal guarantee from Mr. Morawski on debt instrument.** | **Trevor Toppen**<br>**806 Clinton Place**<br>**River Forest, IL 60305** |

Sheet 34 of 36 total sheets in Schedule of Codebtors

B6H (Official Form 6H)  (12/07) - cont.

In re    **Michael A. Morawski**                                                    Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Unknown Party**<br>**555 12th Street, Suite 1250**<br>**Oakland, CA 94607** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Unknown Party**<br>**PO Box 173859**<br>**Denver, CO 80217** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Unknown Party**<br>**217 S. 122nd St.**<br>**Omaha, NE 68154** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Unknown Party**<br>**9444 Double R Blvd. Suite A**<br>**Reno, NV 89521** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Unknown Party**<br>**Hillside Drive, Bldg B**<br>**Mequite, NV 89027** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **US BANK (Plumleigh)**<br>**PO BOX 20005**<br>**Attn: Payment Processing**<br>**Owensboro, KY 42304-0005** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Vincente Cabansag**<br>**219 Vinewood**<br>**Sturgis, MI 49091** |

Sheet 35 of 36 total sheets in Schedule of Codebtors

12/09/11 4:31PM

B6H (Official Form 6H) (12/07) - cont.

In re    **Michael A. Morawski**                                                                    Case No. _____

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Wachovia Securities**<br>**PO BOX 60523**<br>**Charlotte, NC 28260-0253** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Walter Straus**<br>**1922 Seward**<br>**Evanston, IL 60202** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Warren Schumacher**<br>**36219 Falcon Dr.**<br>**Ingleside, IL 60041** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Wayne Aberly**<br>**436 S. Warren Avenue**<br>**Palatine, IL 60074** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Wells Fargo Wholesale Lockbox**<br>**Commercial Mortg Service**<br>**PO Box 60253**<br>**Charlotte, NC 28260-0253** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Willie Soto**<br>**6745 S. Washington Ave**<br>**PO Box 111**<br>**Whittier, CA 90601** |
| **Michael Franks, LLC**<br>**800 E. Northwest Highway**<br>**Suite 200**<br>**Palatine, IL 60074**<br>**Michael Franks, LLC is a co-debtor or has a personal**<br>**guarantee from Mr. Morawski on debt instrument.** | **Yakub Patel**<br>**839 Turtle Creek Court**<br>**Naperville, IL 60565** |

Sheet 36 of 36 total sheets in Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Michael A. Morawski**                                                                    Case No.
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Daughter** | AGE(S):<br>-<br>- |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Commission Only R.E. Sales** | |
| Name of Employer | **Illinois Real Estate Partners** | |
| How long employed | **0 Years, 8 Months** | |
| Address of Employer | **1S433 Sumit**<br>**Oak Brook Terrace, IL 60181** | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **0.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **0.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | **0.00** | $ | **N/A** |
| b.  Insurance | $ | **0.00** | $ | **N/A** |
| c.  Union dues | $ | **0.00** | $ | **N/A** |
| d.  Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **3,000.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **3,000.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **3,000.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **3,000.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Michael A. Morawski**                                              Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,000.00 |
| a. Are real estate taxes included?                Yes **X**        No ___ | | |
| b. Is property insurance included?                Yes **X**        No ___ | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 250.00 |
| b. Water and sewer | $ | 77.00 |
| c. Telephone | $ | 30.00 |
| d. Other  **See Detailed Expense Attachment** | $ | 356.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 1,000.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 150.00 |
| c. Health | $ | 1,050.00 |
| d. Auto | $ | 200.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 1,800.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
| Other _____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 7,733.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 3,000.00 |
| b.   Average monthly expenses from Line 18 above | $ | 7,733.00 |
| c.   Monthly net income (a. minus b.) | $ | -4,733.00 |

**B6J (Official Form 6J) (12/07)**

In re    **Michael A. Morawski**                                          Case No.
_____
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| **Gas** | $ | **100.00** |
| **Garbage** | $ | **56.00** |
| **Cable** | $ | **200.00** |
| **Total Other Utility Expenditures** | $ | **356.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael A. Morawski**                                                          Case No.
Debtor(s)                                        Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **121** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December  9, 2011**                          Signature    **/s/ Michael A. Morawski**

**Michael A. Morawski**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael A. Morawski**                                                          Case No.
                                                    Debtor(s)          Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$30,000.00** | **2011 Husband  Illinois Real Estate Partners** |
| **$40,000.00** | **2010 Husband  Michael Franks LLC Pay** |
| **$200,000.00** | **2009 Husband  Michael Franks LLC Pay** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Elgin Country Club v. Michael & Jennifer Morawski**<br>**11 SC 5204** | **Breach of Contract** | **Kane County, Illinois** | **Pending** |
| **Alison Koy v. Northwest Realty Partners, LLC**<br>**2011 L 5912** | **Four Count Complaint alleging Fraud against Morawski in count three.** | **Circuit Court of Cook County, Law Division** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Entrust Admin. v. Morawski 2010 L 754** | **Breach of Contract** | **Circuit Court of the Sixteenth Judicial Circuit, Kane County Illinois** | **Judgment entered on April 12, 2011 for $769,721.27and citation proceedings commenced. Plaintiff's attorney is Edgerton & Edgerton, 125 Wood Street, West Chicago, IL. 60186-0218** |
| **Gregg Raupp v. Michael Morawski 2010 L 14189** | **Breach of contract** | **Circuit Court of Cook County, Law Division, Illinois** | **Judgment entered citation proceedings pending.  On November 2, 2011 the attorney for Plaintiff filed a motion to withdraw from the case.** |
| **Inland Bank and Trust; 2011 CH 1269** | **breach of contract** | **In the Circuit Court of the Nineteenth Judicial Circuit, Lake County Illinois** | **Judgment entered. Citation proceedings initiated.** |
| **City of Chicago v. 68th & Dorchester, LLC, et al; Docket No. 11DS35067L Citation No./Nov 35067** | **Citation for municipal code vilations relating to garbage and refuse** | **Administrative hearing; 2006 E 95th Street, Chicago, IL** | **hearing dated Jan 11, 2012** |
| **Inland Condo Investor Loan Corp v. Michael Morawski; 10 L 12964** | **Breach of contract** | **Circuit Court of Cook County, Law Division** | **Post Judgment.** |
| **Greco v. Michael Franks, et al. 10 CH 50324** | **Breach of Contract Action** | **Circuit Court of Cook County; Chicago, IL.** | **pending** |
| **Parkway Bank v. 68th & Dorchester LLC et al 11 CH 02154** | **Breach of personal guaranty** | **Circuit Court of Cook County, Chicago, IL** | **pending** |
| **Smith v. Constant 11 CH 1253** | **Breach of Contract** | **Circuit Court of Cook County, Chicago, IL** | **default previously entered** |
| **Coli v. Morawski 11 M3 0582** | **breach of contract** | **circuit court of cook county, third municipal district, Rolling Meadows, IL** | **pending** |
| **Ventrone v. Morawski, et al. 10 L 13984** | **Breach of contract** | **Circuit Court of Cook County, Chicago, IL** | **pending** |
| **Staat v. Constant, et al. 11 L 1606** | **Breach of Contract** | **Circuit Court of Cook County, Chicago, IL** | **pending.** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Kowall v Michael Franks LLC, et al 11 CH 3568** | **Breach of Contract** | **Circuit Court of Cook County, Chicago, IL** | **pending** |
| **Deovlet Family Trust v. Morawski et al 11 L 112** | **Breach of Contract** | **Circuit Court of Cook County, Chicago, IL** | **pending** |
| **US Bank v Frank Constant, et al 10 CH 06413** | **Breach of guaranty** | **Circuit Court of Cook County, Chicago, IL** | **pending** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.  Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☐   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Commercial Recovery Associates 201 Wacker Dr Chicago, IL 60606** | **Assignment for Benefit of Creditors.** | **11/10/2010** | **All properties owned or operated by Michael Franks, LLC or Assurance Property Management, and the property specific LLC created thereby which includes commercial properties, residential propertyies and apartment complexes Total Value Not Known** |

5

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None □

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Bryan Bagdady**<br>**1834 Walden Office Square**<br>**Suite 500**<br>**Schaumburg, IL 60173** | **November and December 2011** | **3000** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Barringtom Bank & Trust 201 S Hough St Barrington, IL 60010** | **Jennifer Morawski and Michael Morawski** | **Life Insurance paperwork Birth Certs** | |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **80 E Northwest Hwy Suite 200 Palatine IL 60074-0000** | | **Work** |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Assurance Property Management** | 75-3137227 | **800 E. Northwest Highway, Suite 200, Palatine, IL.** | **Property management** | **with receiver** |
| **Jonathan Blue Spring, LLC** | 16-1775108 | **800 E. Northwest Highway, Suite 200, Palatine, IL. Palatine, IL 60074** | **Real Estate** | **with receiver** |
| **Jonathan #2 LLC** | 74-3201176 | **800 E. Northwest Highway, Suite 200, Palatine, IL. Palatine, IL 60074** | **Real estate** | |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Jonathan #3 LLC | 51-0619690 | 800 E. Northwest Highway, Suite 200, Palatine, IL. Palatine, IL 60074 | Real Estate | |
| Jonathan #4 LLC | 26-0190185 | 800 E. Northwest Highway, Suite 200, Palatine, IL. Palatine, IL 60074 | Real estate | |
| The Lodges of Decatur, LLC | 26-0319416 | 800 E. Northwest Highway, Suite 200, Palatine, IL. Palatine, IL 60074 | Real Estate | |
| Crystal Glen | 26-0172822 | 800 E. Northwest Highway, Suite 200, Palatine, IL. Palatine, IL 60074 | Real Estate | |
| Bon Aire Apartments | 26-0468006 | 800 E. Northwest Highway, Suite 200 Palatine, IL 60074 | real estate | |
| 68th & Dorchester LLC | 26-0221806 | 800 E. Northwest Highway, Suite 200 Palatine, IL 60074 | Real estate | |
| Southern Manor LLC | 26-0467973 | 800 E. Northwest Highway, Suite 200 Palatine, IL 60074 | Real estate | |
| Jethro LLC | 20-4502682 | 800 E. Northwest Highway, Suite 200 Palatine, IL 60074 | Real estate | |
| 402 Tammy LLC | 76-0836286 | 800 E. Northwest Highway, Suite 200 Palatine, IL 60074 | Real estate | |
| 322 Tammy LLC | 76-0836287 | 800 E. Northwest Highway, Suite 200 Palatine, IL 60074 | real estate | |
| Towne Terrace LLC | 20-8293395 | 800 E. Northwest Highway, #200 Palatine, IL 60074 | real estate | |
| Sequoia Bend LLC | 26-0467923 | 800 E. Northwest Highway, Suite 200 Palatine, IL 60074 | real estate | |
| Eagle Watch Apartments LLC | 20-8620797 | 800 E. Northwest Highway, Suite 200 Palatine, IL 60074 | real estate | |
| Michael Franks LLC | 26-1082740 | 800 E. Northwest Highway, Suite 200 Palatine, IL 60074 | real estate | |
| Westernview Townhomes LLC | 26-1631389 | 800 E. Northwest Highway, Suite 200 Palatine, IL 60074 | real estate | |
| Michael Franks Alternative Fund LLC | 20-5895520 | 800 E. Northwest Highway, Suite 200 Palatine, IL 60074 | real estate | |
| Great Rooms Development LLC | 26-1124203 | 800 E. Northwest Highway, Suite 200 Palatine, IL 60074 | construction | |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Equity Apartments LLC | 26-0517800 | 800 E. Northwest Highway, Suite 200 Palatine, IL 60074 | real estate | |
| Maybrook LLC | 26-1667659 | 800 E. Northwest Highway, Suite 200 Palatine, IL 60074 | real estate | |
| Bridgeport Apartments LLC | 26-3740328 | 800 E. Northwest Highway, Suite 200 Palatine, IL 60074 | real estate | |
| Mallard Cove on Faris LLC | 26-2806567 | 800 E. Northwest Highway, Suite 200 Palatine, IL 60074 | real estate | |
| Michael Franks Holdings LLC | 20-5895661 | 800 E. Northwest Highway, Suite 200 Palatine, IL 60074 | real estate | |
| Fountain Pointe LLC | 26-3980513 | 800 E. Northwest Highway, Suite 200 Palatine, IL 60074 | real estate | |
| Lanis Securities | | 800 E. Northwest Highway, Suite 200 Palatine, IL 60074 | securities | |
| Stone Creek Ventures LLC | 27-2106470 | 800 E. Northwest Highway, Suite 200 Palatine, IL 60074 | real estate | |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                      ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ■  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Clifton Gunderson, LLc**<br>**Accountant for Michael Franks, LLC**<br>**and Assurance Property Management.** | **1301 W. 22nd Street**<br>**Suite 1100**<br>**OakBrook, IL 60181** |
| **Commercial Recovery Associates, LLC**<br>**Contact person is Robert Handler.** | **205 West Wacker Drive**<br>**Suite 1818**<br>**Chicago, IL 60606** |
| **Eileen Jacobs**<br>**Eileen works with or for the Receiver regarding property**<br>**management and bookeeping.** | **800 E. Northwest Highway**<br>**#200**<br>**Palatine, IL 60074** |

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                                                DATE ISSUED

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                            (Specify cost, market or other basis)

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                            NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                            RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                    NATURE AND PERCENTAGE
                                                            OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                ADDRESS                                DATE OF WITHDRAWAL

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **December  9, 2011**          Signature  **/s/ Michael A. Morawski**
                                                **Michael A. Morawski**
                                                Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael A. Morawski** _____    Case No. _____
Debtor(s)   Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
| --- | --- |
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt              ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **December  9, 2011** _____    Signature   **/s/ Michael A. Morawski** _____
**Michael A. Morawski**
Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael A. Morawski**

Debtor(s)

Case No. _____

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,100.00** |
| Prior to the filing of this statement I have received | $ | **4,300.00** |
| Balance Due | $ | **800.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
   **Review and analysis relating to exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding or discovery related to any of the above.**

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **December  9, 2011**

**/s/ Bryan R. Bagdady**
**Bryan R. Bagdady**
**Bryan R. Bagdady, P.C.**
**1834 Walden Office Square**
**Suite 500**
**Schaumburg, IL 60173**
**(630) 778-9600**
**bbagdady@comcast.net**

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total Fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

Form B 201A, Notice to Consumer Debtor(s)

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total Fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total Fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael A. Morawski** _____   Case No. _____

                                              Debtor(s)      Chapter   **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Michael A. Morawski** _____ | X **/s/ Michael A. Morawski** _____ | **December  9, 2011** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael A. Morawski**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                              **343**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **December  9, 2011**

**/s/ Michael A. Morawski**

**Michael A. Morawski**
Signature of Debtor

Access Capital Credit
338 W Lexington Ave Ste
El Cajon, CA 92020


Adam Rich
PO Box 469
Seward, NE 68434


Alan Maxon
19042 Tanglewood Lane
Huntington Beach, CA 92647


Alan Wolan
1458 Lorilyn Lane
Northbrook, IL 60062


Alexander and Galina Gorokhovsky
878 Swan Lane
Deerfield, IL 60015


Alison Koy
8855 N. Lamon Ave.
Skokie, IL 60077


American Home Mortgage Co.
8535 Cedar Street
Dallas, TX 75266-0029


Anchor Companies
8 East Long Street
3rd Floor
Columbus, OH 43215


Anchor Companies
8 East Long Street
Third Floor
Columbus, OH 43215


Andrea Reid
601 Pennsylvania Ave. NW, #1208
Washington, DC 20004


Andrew Paulson
5058 N Kimball Unit 2
Chicago, IL 60625

Andrew Paulson
5058 N. Kimball
Unit 2
Chicago, IL 60625


Andrew Vass
2876 Crabtree Lane
Northbrook, IL 60062


Andy Wong
1969 Scott Lane
Los Altos, CA 94024


Annamaria Feher
341 Woodlyn Drive
Aurora, IL 60505


Annie Strickland
1011 Churchill Drive
Bolingbrook, IL 60440


Aragon Condo Assoc
PO Box 4346
Carol Stream, IL 60197


Archie Barrett
112 Westbury Lane
Georgetown, TX 78633


Armineh Ghevian
411 N. Central Ave.
Glendale, CA 91203


ASAP Appliance Service
8535 Cedar St
Fox Lake, IL 60020


ASC (Grand)
PO Box 1820
Newark, NJ 07101-1820


Assurance Property Management, Inc.
c/o Commercial Recovery Associates
205 W. Wacker Drive
Chicago, IL 60606

Aurora Loan Services (Brookdale)
PO Box 5180
Attn: Cashiering
Denver, CO 80217-5180


Aurora Loan Services (Cunat 2nd)
PO Box 5180
Denver, CO 80217-5180


BAC Home Loans Servicing, LP
PO BOX 650070
Dallas, TX 75265-0070


BAC Home Loans Servicing, LP (Piece
PO Box 6006
The Lakes, NV 88901


BAC Home Loans Servicing, LP (Washi
PO Box 6006
The Lakes, NV 88901


Bank Of America, N.a.
450 American St
Simi Valley, CA 93065


Barb Ostapina Maggio
5492 Half Round Road
Oswego, IL 60543


Barbara Roman
855 Lake St.,f #504
Oak Park, IL 60301


Barnes & Thornburg, LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606-2833


Barnes Clark
5406 South Hill Drive
Madison, WI 53705

Bayview Financial Loan
Bankruptcy Dept
4425 Ponce De Leon Blvd  5th Fl
Miami, FL 33146


Bernard Hildebrand
1714 N. 36th Ave.
Stone Park, IL 60165


Bill Deery
1201 S. Ocean Dr. #1707 N
Hollywood, FL 33019


Bill Parr
4502 Walnut Street
Omaha, NE 68106


Bob Bivin
1805 Golden Gate Lane
Naperville, IL 60563


Bob Niels
3 N 545 Freeland Road
Maple Park, IL 60151


Brad Clark
2691 Providence Ave
Aurora, IL 60503


Brad Fritschle
1086 Bob-O-Link Road
Highland Park, IL 60035


Brandon Rich
217 S. 122 Street
Omaha, NE 68154


Brian Custhall
804 N. Euclid Ave
Bay City, MI 48706


Brian Cutshall
804 N. Euclid Ave.
Bay City, MI 48706

Brian Johnson
1010 E. Olive Street
Arlington Heights, IL 60004


Brian Katzung
2785 Grace Road
Northbrook, IL 60062-3309


Brian Krasavage
116 Lorraine Dr.
Lake Zurich, IL 60047


Brian Person
767 Pear Ave.
Sunny Vale, CA 94087


Bruce Kelley
7082 Little Harbor Drive
Huntington Beach, CA 92648


Bryan Penton
1405 Chalfont Dr.
Schaumburg, IL 60193


Carl and Gail Burger
P.O. Box 725
Wauconda, IL 60084


Carol Johnson
329 W. Rae Drive
Munford, TN 38058


Cassio Tanikawa
17 Mariposa
Irvine, CA 92604


Cenlar Central Loan Admin Reporting
PO Box 11733
Newark, NJ 07101-4733


CEP America Illinois PC
PO BOX 582663
Modesto, CA 95358-0046

Chad Cutshall
1832 Thornapple Way
Aurora, IL 60504


Charles Frey
11320 Aberdeen
Belvidere, IL 61008


Charles Wu
9488 Mammoth Drive
Reno, NV 89521


Chase
9451 Corbin Avenue
Northridge, CA 91328


Chase
Po Box 15298
Wilmington, DE 19850


Chase
PO Box 9001123
Louisville, KY 40290-1123


Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Citimortgage
PO Box 183040
Columbus, OH 43218-3040


Citimortgage Inc
Po Box 9438
Gaithersburg, MD 20898


City of Chicago
Department of Streets and Sanitatio
121 N. LaSalle Street #700
Chicago, IL 60602


City of Rolling Meadows
3600 Kirchoff Road
Rolling Meadows, IL 60008

Comcast
PO Box 3005
Southeastern, PA 19398-3005


Connie Mumm
304 Hyland Avenue
Tomah, WI 54660


COR Invest, LLC
223 N. Prospect Street
Suite 202
Hagerstown, MD 21740


Corina Radu
356 North Run Glen
Elmhurst, IL 60126


Corina Radu
356 N. Run Glen
Elmhurst, IL 60126


Craig Tanaguchi
c/o Doevlet Family Trust
2150 Hathaway Ave
Westlake Village, CA 91362


Curtis Deufel
1805 S. Kingsway Dr.
Aurora, IL 60506


Dale Horn
42 Parkview
Hawthorn Woods, IL 60047


Dan Hickey
1060 Noelle Bend
Lake In The Hills, IL 60156


Darrell Walsh
141 Course Drive
Lake In The Hills, IL 60156


David Benjamin
221 Tanoak Lane
Naperville, IL 60540

David Benjamin
221 Tan Oak Lane
Naperville, IL 60540


David Galati
1184 Beechtree Lane
Bartlett, IL 60103


David Heidekrueger
3646 W. 58th Place
Chicago, IL 60629


David Humphrey
26 W 163 Jerome Avenue
Wheaton, IL 60187


David Humphrey
26 W. 163 Jerome Ave
Wheaton, IL 60187


David Lewis
16731 Dale Vista Lane
Huntington Beach, CA 92647


David Martens
1239 Dartmouth Dr.
Waunakee, WI 53597


David Nieto
10714 Berry Plaza
Omaha, NE 68127


David Winer
9 N. County Street
Suite 100
Waukegan, IL 60085


Dean Kaus
740 6th Avenue
Aurora, IL 60505


Debbie Levitan
2220 Greenleaf St.
Evanston, IL 60202

Debra Rorex
11600 Warner Ave., #634
Fountain Valley, CA 92708


Dennis Blitz
1000 Lake Shore Plaza, Apt 36 C
Chicago, IL 60601


Dennis Clark
1S610 Verdun Drive
Winfield, IL 60190


Dennis Keating
29823 Oak Meadow Dr.
Kingston, IL 60145


Devra Barnes-Crivello
7691 Park Field Circle
Huntington Beach, CA 92648


Diane Costello
12 E. Maple Ave, Unit 4
Merchantville, NJ 08109


Diane Costello
12 E. Maple Ave
Unit 4
Merchantville, NJ 08109


Dick Vock
706 Forest View
Verona, WI 53593


Dolly Nugent
14748 Tennessee Court
Fontana, CA 92336


Don Crockett
2070 Shepard Road
Hoffman Estates, IL 60169


Don Fountain
26113 Oakcrest Lane
Plainfield, IL 60585

Don Motyka
369 Cherry Valley Rd.
Vernon Hills, IL 60061

Donald Crocket
2070 Shepard Road
Hoffman Estates, IL 60169

Donald Motyka
369 Cherry Valley Road
Vernon Hills, IL 60061

Ed Weinewuth
350 Countryside Dr.
Roselle, IL 60172

Edgerton & Edgerton
125 Wood Street
PO Box 218
West Chicago, IL 60186-0218

Eli Dysangco
500 Cherry Street
Sturgis, MI 49091

Elizabeth Irwin
7101 W. Martell Rd.
Martell, NE 68404

EMC (Navajo 1st)
PO Box 293150
Lewisville, TX 75029-3150

EMC (Navajo 2d)
PO Box 293150
Lewisville, TX 75029-3150

Entrust Admin
555 12th Street
Suite 1250
Oakland, CA 94607

Eric Lucik
116 E. Michigan Rd.
New Lenox, IL 60451

Eric Marcus
3107 N. Damen Ave.
Chicago, IL 60618


Erik Tweten
2046 Ruttan Court
West Fargo, ND 58078-4250


Evabank
1710 Cherokee Ave SW
Cullman, AL 35055


Everett James
820 Elder Road, Unit 411
Homewood, IL 60430


Ewa Blizniak
1365 Huntington Dr.
Mundelein, IL 60060


Ewa Blizniak
1365 Huntington Drive
Mundelein, IL 60060


Fire Agate Works, LLC
223 N. Prospect Street
Suite 202
Hagerstown, MD 21740


Firstar
c/o US Bank Bankruptcy Dept
Po Box 5229
Cincinnati, OH 45201


Forrest Vollrath
26 Franklin Ave.
River Forest, IL 60635


Frank and Diana Kappes
34 Honey Locust
Littleton, CO 80127


Frank H. Constant
2223 Smalley Crt.
West Dundee, IL 60118

Fredric & Barbara Bunge
8 Vale Rd
West Chicago, IL 60185


Front Runner, LLC
223 N. Prospect Street
Hagerstown, MD 21740


Future Wealth, LLC
PO Box 32750
Louisville, KY 40233


Gail Santroch
625 Clover Hill Lane
Elk Grove Village, IL 60007


Garland Labat
336 New Mills Court
Schaumburg, IL 60193


Garry Gruhn
353 Main St.
Box 309
Manilla, IA 51454


Gary Neske
20671 Sandpiper
Huntington Beach, CA 92646


Gary Parmenter
11125 Regency Drive
Westchester, IL 60154


Gary Ritter
330 N. Catherine Ave.
La Grange Park, IL 60526


Ge Capital Credit Card
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076


George Staat
6462 Cherokee Drive
Indian Head Park, IL 60525

Gerilynn Berg
2438 Hill St.
Santa Monica, CA 90405


Gina Anson
798 N. Elmwood Street
Orange, CA 92867


GMAC Mortgage LLC
100 Witmer Road
Horsham, PA 19044-0963


Great Rooms Development LLC
800 E. Northwest Hwy
Suite 200
Palatine, IL 60074


Gregg Raupp
P.O. Box 1393
Madison, WI 53701


Greystone Bank
4700 Fallso of Neuse Road
Raliegh, NC


Guy Lofts
6724 Horseshoe Bend
Verona, WI 53593


Henry Wu
23 Sherwood Rd.
Edison, NJ 08820


Howard Wilson
6620 Waning Moon Way
Columbia, MD 21045


Howe Real Estate Services
333 E. Jackson Street
Woodstock, IL 60098


Inland (Mayfield 2d)
2901 Butterfield Rd
Oak Brook, IL 60523

Inland (Mayfield)
2225 South Wolf Rd
Hillside, IL 60162


Inland Bank
2805 Butterfield
Oak Brook, IL 60523


Inland Bank
2225 South Wolf Rd
Hillside, IL 60162


Inland Condo Investors Loan Corp
2901 Butterfield Road
Oak Brook, IL 60523


Ira Daar
6002 Nahal Drive
Frederick, MD 21702


IRA Services Trust
P.O. Box 7080
San Carlos, CA 94070


Jackie Sip
11787 253rd St.
Council Bluffs, IA 51503


James Coli
10593 Beech Creek
Las Vegas, NV 89141


James Smith
4245 Oak Knoll Lane
Hoffman Estates, IL 60192


Jason Rich
217 S. 122 Street
Omaha, NE 68154


Jeff Stauffacher
22 Black Stone Circle
Madison, WI 53719-5114

Jeff Winterburg
917 Doral Drive
Bartlett, IL 60103


Jeffrey Buffo
1054 Frog Leap Trail
Kennesaw, GA 30152


Jeffrey Winterburg
917 Doral Drive
Bartlett, IL 60103


Jennifer Mellone
16965 Ruby Lane
Brookfield, WI 53005


Jennifer Morawski
927 Acorn Drive
Dundee, IL 60118


Jennifer Schuerger
786 S. Ridgeview Rd.
Anaheim Hills, CA 92807


Jerry Trousdale
825 S. Dunton
Arlington Heights, IL 60005


Jessica Cobb
542 Littleton Trail
Elgin, IL 60120


Jim Kourpas
3355 Beaufort Drive
Bethlehem, PA 18017


Jim Ventrone
22200 Honey Ridge Court
Kildeer, IL 60047


John Klingelhoets
4714 Rothman Place
Monona, WI 53716

John St. Leger
960 Apple Street
Hoffman Estates, IL 60195


John Sweeney
921 Middleton Street
La Habra, CA 90631


Jon Birschbach
4308 Hilltop Circle
Middleton, WI 53562


Joyce Wixson
106 W. Hickory St.
Hinsdale, IL 60521


Judith Mahlkuch
1019 Barber Drive
Stoughton, WI 53589


Julie Burger
2501 Wisconsin Ave NW Unit 309
Washington, DC 20007


Karen Funk
1811 Ranch View Dr.
Naperville, IL 60565


Karen Greco
5407 Commonwealth Ave
Western Springs, IL 60558


Karla Nurczyk
619 Oakley Avenue
Joliet, IL 60436


Kate Heilessen
1314 2nd Ave. North
Denison, IA 51442


Kate Wolf
1377 Ferndale Ave.
Highland Park, IL 60035

Kathleen Kramer
19051 Goldenwest Street
#106-307
Huntington Beach, CA 92648


Kathryn Belda
129 S Windham Lane
Bloomingdale, IL 60108


Kaye Abolins
3007 Naak Dr.
Belvidere, IL 61008


Keith Addison
Kemman Road
Hebron, IL 60034


Keith Hengler
1723 Kim Ave.
Mount Prospect, IL 60056


Kelly White
1804 Capital Parkway, Unit 24
Austin, TX 78746


Ken Kowall
3930 Bordeau Dr.
Hoffman Estates, IL 60195


Ken Rolf
3916 N. 208th Street
Elkhorn, NE 68022


Kenneth Radtke
17713 O'Cock Road
Union, IL 60180


Kevin Reich
6100 Oakmont Lane
Gurnee, IL 60031


Krisstina Wise
1801 S. Mopac Expressway
Suite 100
Austin, TX 78746

Kyle Ngo
622 Walnut Avenue
Arcadia, CA 91007


Larry Greenberg
9727 Gross Point Road
Skokie, IL 60076


Larry Weiner
1322 N Peachtree Lane
Mt. Prospect, IL 60056


Laura Neurauter
3851 W. 226th St. #110
Torrance, CA 90505


Linda Bodnar
1618 E. LaSalle
South Bend, IN 46617


Lisa Danze
1610 S. 48th St.
Omaha, NE 27106


Lisa Kleiner
100 Sebastian Dr.
Hunstville, AL 35811


Lorelei Kepler
196 Coral Road
Islamorada, FL 33036


Marcia Murray
612 N 81st Street
Lincoln, NE 68505


Marcia Murray
612 N. 81st Street
Lincoln, NE 68505


Maria Triantos
1344 Newcastle Lane
Bartlett, IL 60103

Mark Gorski
10135 Dunhill Dr.
Huntley, IL 60142


Mark Gruhn
300 Sundown Drive, Apt. 34
Glidden, IA 51443


Mark Muehlhausen
531 Merlin Drive
Schaumburg, IL 60193


Marriott
PO Box 8038
Lakeland, FL 33802


Mary D. Morawski
373 Cedar Tree Court
Hoffman Estates, IL


Mary Frisone
708 Littleton Trail
Elgin, IL 60120


Mary Kay Riordan
216 N. Gary Avenue
Wheaton, IL 60187


Mary Neuling
19241 N. 6th St.
Phoenix, AZ 85024


Matthew Costello
2314 Kendall Avenue
Madison, WI 53726


Maxine Horowitz
55 W. Delaware Place #610
Chicago, IL 60610


Megan Garrity
1051 W. Pratt Blvd, Unit 1B
Chicago, IL 60626

Melvin Vellenga
574 Peneg Pine Parkway
Bartlett, IL 60103


Mercedes Hernandez
3646 W 58th Place
Chicago, IL 60629


Michael Cassman
P.O. Box 4727
Chicago, IL 60680


Michael Franks, LLC
c/o Commercial Recovery Assoc
205 W. Wacker Drive, Suite 1818
Chicago, IL 60606


Michael Franks, LLC
800 E. Northwest Highway
Suite 200
Palatine, IL 60074


Michael Kranz
774 Spring Island Way
Orlando, FL 32828


Michael LaFargue
9327 S. Michigan Ave.
Chicago, IL 60619


Michael Morgan
1934 Knollwood Lane
Los Altos, CA 94024


Michael Pisarcik
1429 Calcutta Lane
Naperville, IL 60563


Michael Pisto
632 W Potter Street
Wood Dale, IL 60191


Michael Skerrett
4703 Stonewall
Downers Grove, IL 60515

Michael Smedes
12112 Horseback Hollow Court
Austin, TX 78732


Midland Loan Services, Inc
PO Box 642303
Pittsburgh, PA 15264-2303


Midland Loan Services, Inc.
1223 Solutions Ctr
Chicago, IL 60677


Mike Kendig
4210 S Granby Way #B
Aurora, CO 80014


Mike Meier
P.O. Box 596
Mt. Prospect, IL 60056


Mike Quoss
205 W Eugenie
Chicago, IL 60614


Millicent Fritschle
1798 Brush Hill Lane
Glenview, IL 60025


Mohamed Abbasi
215 Pinehurst Ave.
Des Plaines, IL 60016


Nancy Thunberg
917 Doral Drive
Bartlett, IL 60103


Neal Heimbecker
808 HIckory
Woodstock, IL 60098


Neha Shah
4170 Portage Lane
Hoffman Estates, IL 60192

Nick St. Leger
5728 Breezeland
Carpentersville, IL 60110


Nicole Pavisic
1301 W. Madison #618
Chicago, IL 60607


Nicor Gas
Attention: Bankruptcy Department
Po Box 190
Aurora, IL 60507


North American Savings Bank
PO Box 808002
Kansas City, MO 64180-8002


Nyle Gruhn
Box 309, 353 Main St.
Manilla, IA 51454


OCWEN
PO BOX 6440
Carol Stream, IL 60197-6440


Orkin Pest Control
1035 Putman Drive NW
Ste F
Huntsville, AL 35816


Parkway Bank & Trust
4800 N. Harlem Ave
Harwood Heights, IL 60706


Pat Motyka
369 Cherry Valley Road
Vernon Hills, IL 60061


Patricia Lucero
5100 Via Dolce, #205
Marina Del Rey, CA 90292


Patrick Gysel
5020 Stuhrburg
Brighton, MI 48114

Patsy1951, LLC
223 N. Prospect Street
Suite 202
Hagerstown, MD 21740


Patty Finger
358 Army Trail Rd
#140-2
Bloomingdale, IL 60108


Paul Fiorello
7225 Colony Dr.
Madison, WI 53717


Peoples Gas
Attention: Bankruptcy Department
130 E. Randolph
Chicago, IL 60601


Peter Kime
814 Dobson #3W
Evanston, IL 60202


Philip Rich
217 S. 122nd St.
Omaha, NE 68154


Phyxit 1, LLC
223 N. Prospect Street
Suite 202
Hagerstown, MD 21740


Pinnacle Credit Serivc
Po Box 640
Hopkins, MN 55343


Qiu Min Ji
2809 Embers Lane
Arlington Heights, IL 60005


Rachelle Alanis
8062 Terraza Court
Riverside, CA 92508

Ralph Buffo
3200 N. Leisure World Blvd., #2
Silver Spring, MD 20906


Randall Johnson
244 North Trail
Hawthorn Woods, IL 60047


Randy Johnson
244 North Trail
Hawthorn Woods, IL 60047


Randy Urban
736 Cunningham Dr.
Palatine, IL 60067


Randy Walker
321 Wickham Dr.
Schaumburg, IL 60193


Raymond Truitt
21720 W. Long Grove Rd., Ste. #210
Deer Park, IL 60010


Raymond Truitt
21891 W. Tori Lane
Deer Park, IL 60010


Rea Santroch
625 Clover Hill Lane
Elk Grove Village, IL 60007


Rhonda Saslawsky
1295 Heron Oaks Cove
Memphis, TN 38120


Richard Cannavino
1131 Thackery Lane
Naperville, IL 60564


Richard Ralph
4833 Stanley Ave.
Downers Grove, IL 60515

Rob Boedecker
21441 Greenwood Dr.
Kildeer, IL 60047

Robert Eaton
1800 Huntington Blvd. #303
Hoffman Estates, IL 60169

Robert Fuller
6025 Ridge Court
Lisle, IL 60532-3165

Robert Gall
1281 Darlington Court
Hoffman Estates, IL 60194

Robert Johnson
1542 Plainfield Road
Oswego, IL 60543

Robert Marti
1323 N. Pine Ave.
Arlington Heights, IL 60004

Robert Martin
109 Cedarbrook Rd.
Naperville, IL 60565

Robert Wright
140th Street
St. Clarinda, IA 51632

Robin & John Mauro
333 Woodside Drive
Bloomingdale, IL 60108

Robin Zell
467 Taubert Avenue
Batavia, IL 60510

Robin Zell
467 Taubert Ave
Batavia, IL 60510

Rodney Johnson
1390 Westbourn Parkway
Algonquin, IL 60102


Roger Anderson
450 Garcia Drive
Hemet, CA 92545


Ronald Garrity
438 Bernadette Lane
Batavia, IL 60510


Rosman Adjustment Corp.
P.O. Box 1247
Northbrook, IL 60065-1247


Roy Hildebrand
1660 Dennison Rd.
Hoffman Estates, IL 60169


Rozycki Family Trust
12 Harvard Lane
Hawthorn Woods, IL 60047


Russ DiOrio
221 Oak Street
Elmhurst, IL 60126


Rutland Dundee Fire Department
PO Box 203
Gilberts, IL 60136


Ryan Engle
2379 N. Wayne
Chicago, IL 60614


Sally Cevasco
260 Wakely Terrace
Bel Air, MD 21014


Sandra Ferguson
901 E. Kaibab Trail Drive
Meridian, ID 83646

Sandra Merrick
17531 Troyer Rd.
White Hall, MD 21161


Sarah Taggart, P.C.
120 Holmes Ave
Suite B100
Huntsville, AL 35801


Scott and Kraus, LLC
150 South Wacker Drive
Suite 2900
Chicago, IL 60606


Scott and Patricia Helm
39W835 Catlin Square
Geneva, IL 60134


Sean Moncrief
2217 Grant Ave. #C
Redondo Beach, CA 90278


Shane Fusselman
2611 Bristol Street
Omaha, NE 68111


Sharlayne Maloney
3404 American Drive #2100
Lago Vista, TX 78645


Sherman Hospital
1425 North Randall Road
Elgin, IL 60123


Silver Rock, LLC
223 N. Prospect Street
Suite 202
San Carlos, CA 94070


Smita Shah
4170 Portage Lane
Hoffman Estates, IL 60192

Sonja Lavitt
26701 Quail Creek #148
Laguna Hills, CA 92506


Splash Card/WFFNB
Attn: Bankruptcy
P.O. Box 10475
Des Moines, IA 50306


SPS (Oakwood)
PO BOX 65450
Attn: Remittance Processing
Salt Lake City, UT 84165-0450


Stanley Rozycki
12 Harvard Lane
Hawthorn Woods, IL 60047


Steve Becker
24 Twickenham Court
Algonquin, IL 60102


Steve Cohen
P.O. Box 423
Batavia, IL 60510


Steve Pahos
427 Ruby Street
Clarandon Hills, IL 60514


Steve Ramelot
3282 Devon Circle
Huntington Beach, CA 92649


Steven Sullivan
1128 Westview Drive
Elk Grove Village, IL 60007


Steven Wann
26101 Via Pastoral
San Juan Capistrano, CA 92675

Sue Hunter
2130 Main Street
Suite 150
Huntington Beach, CA 92648-6441


Sue Schwegler
11152 S. Heggs Rd.
Plainfied, IL 60585


Susan Kraujalis
1660 Dennison
Hoffman Estates, IL 60192


Susan Tramel
9756 La Amapola
Fountain Valley, CA 92708


Tami Dennis
17762 Paseo Circle, Unit B
Huntington Beach, CA 92647


Taylor, Bean & Whitake
Attn: Bankruptcy
1417 N Magnolia Ave
Ocala, FL 34475


Terry Reber
7 Union Hall Court
Baltimore, MD 21228


The Doevlet Family Trust
2150 Hathaway Ave
Westlake Village, CA 91362


The Huntington Nat'l Bank
105 D Fourth Street
#200A
Cincinnati, OH 45202


The Lawrence J. & Phyllis Deovlet
Family Trust


Theresa Danze
1610 S. 48th St.
Omaha, NE 68106

Theresa Holmes
10220 Browns Mill Road
Vienna, VA 22182


Thomas and Corelei Codak
230 Duane #1E
Glen Ellyn, IL 60137


Thomas Codak
230 Duane #1E
Glen Ellyn, IL 60137


Tim Staudacher
4140 Prairie Crossing Dr.
St. Charles, IL 60175


Timothy Martin
6941 Nyanza Dr.
Huntington Beach, CA 92647


Tom Driver
13152 S. Cicero, #152
Crestwood, IL 60445


Tony Lavalle
319 S. Harrison Court
Palatine, IL 60067


Tony Lombardo
401 E. Prospect Ave., #113
Mount Prospect, IL 60056


Trevor Toppen
806 Clinton Place
River Forest, IL 60305


Unknown Party
555 12th Street, Suite 1250
Oakland, CA 94607


Unknown Party
PO Box 173859
Denver, CO 80217

Unknown Party
217 S. 122nd St.
Omaha, NE 68154


Unknown Party
9444 Double R Blvd. Suite A
Reno, NV 89521


Unknown Party
Hillside Drive, Bldg B
Mequite, NV 89027


US BANK (Plumleigh)
PO BOX 20005
Attn: Payment Processing
Owensboro, KY 42304-0005


Us Bank Home Mortgage
777 E Wisconsin
Milwaukee, WI 53202


Village of Algonquin
2200 Harnish Drive
Algonquin, IL 60102-5995


Village of Streamwood
301 E. Irving Park Road
Streamwood, IL 60107


Vincente Cabansag
219 Vinewood
Sturgis, MI 49091


Wachovia Securities
PO BOX 60523
Charlotte, NC 28260-0253


Walter Straus
1922 Seward
Evanston, IL 60202


Warren Schumacher
36219 Falcon Dr.
Ingleside, IL 60041

Wayne Aberly
436 S. Warren Avenue
Palatine, IL 60074


Wells Fargo Wholesale Lockbox
Commercial Mortg Service
PO Box 60253
Charlotte, NC 28260-0253


William M. Walsh
53 West Jackson Blvd.
Suite 1740
Chicago, IL 60604


William Malloy
2300 Oakmont Way
Suite 402
Darien, IL 60561


Willie Soto
6745 S. Washington Ave
PO Box 111
Whittier, CA 90601


Yakub Patel
839 Turtle Creek Court
Naperville, IL 60565